FILED

JAMES J. VILT, JR. - CLERK

JUN - 5 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10    UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

DANIEL R. CLEMANS

_____

(Full name of the Plaintiff(s) in this action)

v.    J. SCARBOROUGH

____BRANDON FINCH____

____AMBER BROWN____

____REBECCA WEBSTER____

____Bryan Pesis____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:24CV-334-JHM
(To be supplied by the clerk)

( ✓ ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

### I.    PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: DANIEL R. CLEMANS

Place of Confinement: MEADE Co. DETENTION CENTER

Address: 516 Hillcrest Dr., Brandenburg, KY 40108

Status of Plaintiff: CONVICTED ( ✓ ) PRETRIAL DETAINEE ( ✓ )

1-26-24    1-12-22 to 1-26-24

(2) Name of Plaintiff: _____

Place of Confinement: _____

5

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ___J. Scarborough___ is employed

as ___JAILOR___ at ___Meade County Detention Center.___

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant ___Brandon Finch___ is employed

as ___Assistant Jailor___ at ___Meade County Detention Center.___

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant ___Amber Brown___ is employed

as ___"Nurse"___ at ___Meade County Detention Center.___

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant ___Rebecca Webster___ is employed

as ___Jail Staff___ at ___Meade County Detention Center.___

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

2

(3) Defendant **Bryan Pesis** is employed *(was) employed*

as **Deputy (Ex)** at **Meade County Sheriff's Dept.**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

8

## III. Statement of Claims ①

J. Scarborough : Jailer, Meade County (Detention Center). Deliberate indifference to all grievances, policy violations and constitutional infringements of all the staff under his liability. (Brandon Finch intercepts all grievances to the jailer, specifically, with obvious permission). Scarborough was elected and placed in charge by Meade County, both of which are responsible for the gross negligence and harm caused by Scarborough, and, his staff, infra. By Scarborough Knowingly delegating specific tasks he is responsible for, by policy, to Brandon and others, he directly violates municipal policy and contributes to unconstitutional customs causing harm to Plaintiff (and all other "inmates.") and irrepairable pain, suffering and prejudice. Scarborough's individual decisions, and official-capacity policy violations directly show he Knowingly acted unconstitutionally while attempting to cloak himself from harmful acts of others.

Amber Brown : Jail "Nurse", Jailer's girlfriend. Meade Co. Known as "the jail nurse," and Scarborough's domestic partner, has ignored Plaintiff's painful hernia and medical needs and even discontinued IBprofin for pain, the "visiting Doctor" as witness. 8-9-23, 8-8-23, 8-7-23 8-4-23, etc. She also changed my mental health meds without warning causing bad side effects, and refuses to switch them to PM med-cart. 8th Amend. violation, cruel and unusual, then retaliating, 1st Amend violations.

Statement of Claims (continued) ②

Brandon Finch : Assistant Jailor, Meade County.
Intercepts EVERY grievance and request sent to
Jailer Scarborough, in violation of policies, Due
Process. Finch repeatedly denies Plaintiff's
requests AND grievance-list and dates, knowing "I
need them for [this] Honorable Court." Finch
retaliates, admittingly, "Moving me cell to cell after
a grievance," "losing my outgoing mail," because "he
can move me as much as he wants." Retaliating for
exercising Due Process and Policy requirements and
constitutionally-protected rights is a violation of 1st
Amend. Threats constantly being made by Finch as
well (5-8-24, 4-26-24) and actively altering the hand-
book to limit and hamper Plaintiff from proving innocence.
Finch has lost my mail several times which caused
irrepairable harm in Plaintiff's Court proceedings (4-24-24,
3-16-24, 1-18-24 causing Motion To Dismiss Grounds "moot" as
"late"). Finch opens legal mail, refuses Notarizing
despite in-house notary (5-23-24), now refuses copies
made of legal documents for court (1-13-24, 3-4-24, 5-22-24).
And Now intercepts all requests outgoing of mine to
other staff (5-23-24), Equal Protection violated, as is
14th Amend and Due Process. Putting Me in segregation
with zero cause or hearing (violating 4th and 8th Amend.)
Denied my Attornies from visits 3 times now, Denied
Clergy visits (all are witnesses) + religious Material. 1st Amend violation
                                              5th and 14th Amend.

Statement of Claims (Continued) ③

Rebecca Webster: Jail Staff/Manager, Meade County. Notary. Purposely hampering my defense, refusing to Notarize Court documents, obstructing access to the Courts causing detrimental harm to my case by "misplacing my mail to the Court" and losing mail from the Clerk "sent over to me." Violations of 1st Amend. and purposeful denial of Due Process (procedural and substantive) rights, also forcing late motion-filing (1-25-24), irrepairable harm.

Note: Webster AND Finch, supra, Refuse a simple "print-out" of my grievance-dates so I can provide exact dates of the specific violations in this very lawsuit. Please Order them to give me this information, in which I have offered to even pay for, so I can appropriately address this Court, with proper discovery and evidence/proof. Continuing practice of knowingly deliberate indifference, hampering and obstructing access to the Court/clerk, which caused extreme prejudice in my case (demonstrably) is violation of Due Process, 14th amend., all evident in Circuit Court Motions and the record, and witness. Both Webster and finch act contrary to the Policies in the inmate-handbook, and then edit the handbook to conform with their unconstitutional actions. Also forced me to miss Dependency Hearings for my daughter (5-8-24) (5-1-23).

Statement of Claims (continued) ④

<u>Bryan Pesis</u>: Ex-<u>Meade County</u> Sheriff's Dept. "Deputy" Pesis committed clear perjury on 1-26-22 and 1-23-24, ultimately destroying my Due Process of 14th Amend. He also admitted destroying material exculpatory evidence which would exonerate me from the Commonwealth's "theory." Further, Pesis' perjured testimony took place during employment with Meade County (sheriff's Dept.) and individually when No longer employed by Meade County. There is extensive proof in the record and transcripts. It is always against policy, and the law, to perjure testimony and falsify evidence, which was directly material to my defense. Meade County is also responsible for his lack of training which led to a plethora of Constitutional violations to Plaintiff (me). Plaintiff has exhausted all remedies in State Court regarding Pesis' perjury and prosecutorial misconduct and malicious prosecution. Witnesses, the trial record, and transcripts prove Pesis' bad faith and perjury, which resulted in extreme prejudice (and punishment) to Plaintiff, during his official capacity AND personal capacity/individually.

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:  •OR, order release pending appeals.

__✓__   award money damages in the amount of $ 510,425 (lost in Trial Attorney fees and employment, due to jail.)

__✓__   grant injunctive relief by •Stop Jail's opening legal mail, hampering Court Filings, •ORDER Bail Pending Appeals.    Stop retaliation.

__✓__   award punitive damages in the amount of $ Hedonic: 80,680.00

Jail Staff

Brian Pesis

__✓__   other: Past and Continuing Damages (wages lost due Perjury, maliciousness) Calculated at: $608,520.00

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 8 day of __May__, 20 24

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __8th of May, 2024__

_____
(Signature)

6

11