UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-334-JHM
**ELECTRONICALLY FILED**

DANIEL R. CLEMANS                                                    PLAINTIFF

VS.                                          **AFFIDAVIT**

BRANDON FINCH, AMBER BROWN, REBECCA WEBSTER and MEADE COUNTY        DEFENDANTS

******************************

Comes Affiant, AMBER BROWN, and after first being duly sworn, states as follows:

1.      I am employed as a Licensed Practical Nurse at the Meade County Detention Center.

2.      I was so employed during the incarceration period of Daniel Clemans and had occasion to respond to his medical requests/needs.

3.      Daniel Clemans was initially lodged in the Meade County Detention Center on January 12, 2022, and during booking he answered Standard Medical Questions.[1]  He stated that he had "a hernia and real bad anxiety."  He identified fluoxetine as a prescribed medication.  He also informed Meade County Detention Center that he had been seen and treated at Baptist Health Hardin on January 11, 2022, one day prior to his incarceration.

4.      His records for January 11, 2022, were requested and received from Baptist Health Hardin on or about January 14, 2022.[2]  While Daniel Clemans contends he has a hiatal hernia, the x-ray of January 11, 2022 (pg. 7/10) does not identify any hiatal hernia.

---

[1] A copy of the Clemans' responses to the Standard Medical Questions is attached hereto as a part hereof and marked Exhibit # 1.

[2] A copy of 10 pages from Baptist Health Hardin are attached hereto as a part hereof and marked Exhibit #2.

1

DEFENDANT'S EXHIBIT
**12**

5.      On February 18, 2022, Daniel Clemans requested to see a doctor for his hiatal hernia and states he had an x-ray at Baptist Health Hardin on February 12, 2022, yet he was incarcerated in Meade County Detention Center on that date so he could not have been x-rayed as stated.[3]

6.      Daniel Clemans was seen by Roy Washington, APRN, on February 23, 2022, and he does make a note "stable hiatal hernia will monitor."

7.      Daniel Clemans did not make another medical request regarding a hernia issue until August 9, 2023,[4] when he complained of back pain and was prescribed Ibuprofen 800mg twice daily for 7 days by Roy Washington, APRN.  He was followed up on August 18, 2023, and told to take 400mg of Ibuprofen PRN.

8.      On January 9, 2024, a cell search was conducted, and Daniel Clemans was found to be hoarding medication, approximately 20 Ibuprofen pills hidden in an altered cocoa butter tube.  As a result, an incident report was completed.[5]  Daniel Clemans was disciplined and placed in "lock down" for 3 days.

9.      I administered any medications prescribed by Roy Washington, APRN, for Daniel Clemans at all appropriate times.

10.      As to Daniel Clemans' mental health care, he was provided any and all medication as prescribed until he submitted a medical request on August 30, 2022, requesting his dosage be reduced to 40mg from 60mg with same approved by Roy Washington, APRN.  Daniel Clemans then requested the dosage be increased back to the

---

[3] A copy of said Medical Request is attached hereto as a part hereof and marked Exhibit # 3.
[4] A copy of said Medical Request is attached hereto as a part hereof and marked Exhibit # 4.
[5] A copy of Incident Report attached hereto as a part hereof and marked Exhibit # 5.

2

60mg on December 12, 2022, with Roy Washington, APRN, again acquiescing to Daniel Clemans' request and increased it back to 60mg.[6]

11.    Again, I administered any mental health medication as prescribed by Roy Washington, APRN, for Daniel Clemans at all appropriate times.

Further Affiant Sayeth Naught.

This ___17___ day of February, 2026.

_____
AMBER BROWN, LPN


COMMONWEALTH OF KENTUCKY
COUNTY OF __Meade_____

    Subscribed and sworn to before me by AMBER BROWN, LPN, on this __17___ day of February, 2026, to be her free act and voluntary deed.


OFFICIAL SEAL
LESLIE BROOKE HARDESTY
NOTARY PUBLIC - KENTUCKY
STATE-AT-LARGE  ID# KYNP63841
My Commission Expires December 27, 2026

_____
NOTARY PUBLIC, KY STATE AT LARGE
NOTARY ID: __KY NP63841_____
MY COMMISSION EXPIRES: __12 - 27 - 2026__

---
[6] Brown's Answers to Interrogatories (see No. 16) are attached hereto as a part hereof and marked Exhibit # 6.

3

## Standard Medical Questions

Name: **CLEMANS, DANIEL RAY (60880)**
Date of Birth: ███████

Interviewer: MATTI, TYLER

Date / Time: 01/12/2022 16:14

**Answer**

| | |
|---|---|
| YES | Has a booking officer pre-admission form been completed on this arrestee? |
| YES | Are you currently being treated for a medical condition that may require continuation while you are incarcerated?<br>**HAS A HERNIA AND REALLY BAD ANXIETY** |
| YES | Are you currently taking a prescription medication that may need continuation while you are here?<br>**FLUOXITIN 60MG** |
| NO | Are you allergic to any medication or do you have any food allergies? |
| NO | Do you have diabetes? |
| YES | Have you been hospitalized or seen by a doctor in the last 30 days?<br>**HERNIA AND POISSIBLE HEART ISSUE** |
| NO | Have you been treated or hospitalized for emotional problems within the last year? |
| NO | Do you have a serious mental health condition that may need attention while you are here? |
| NO | Have you ever experienced DT'S or other serious withdrawl from drugs or alcohol? |
| NO | Are you currently thinking about suicide? |
| NO | Do you have a special diet prescribed to you by a physician or religious authority? |
| NO | Have you ingested potentially dangerous levels of drugs or alcohol within the last 24 hours? |
| NO | Are you aware of any reason you should be seperated from another inmate while are you are here? |
| NO | Do you have any tattoos or body piercings? |
| NO | Do you have any other medical problems or conditions that we need to be aware of? |
| NO | Do you have any learning or other disability that will affect you while you are incarcerated? |
| NO | Are you pregnant? |
| YES | Do you undestand that you can request medical services at any time while you are incarcerated? |
| YES | Have you understood all the questions that I have asked you? |
| YES | Have you provided us with all the information that you want us to be aware of while you are here? |

CLEMANS, DANIEL RAY
Wed Jan 12 2022 16:17:08
_____
Offender's Signature

TYLER MATTI
_____
Officer's Signature

**DEFENDANT'S EXHIBIT**

**1**

**BAPTIST HEALTH**

| Baptist Health Hardin | Clemans, Daniel Ray |
|---|---|
| 913 NORTH DIXIE AVE | MRN: 8913811887, DOB: ███ Sex: M |
| ELIZABETHTOWN KY 42701-2503 | Adm: 1/11/2022, D/C: 1/11/2022 |

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM

### Labs

**Rainbow Draw [445990715] (Final result)**

Electronically signed by: **Baird, Patricia, RN on 01/11/22 0435**                    Status: **Completed**
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Cosigning events
Electronically cosigned by Syers, Vincent, MD 01/11/22 1433 for Ordering
Frequency: Routine Once 01/11/22 0436 - 1 occurrence
Quantity: 1
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

Ordering provider: Syers, Vincent, MD
Ordering mode: Per standing order: cosign required

Class: Unit Collect
Lab status: Final result

#### Questionnaire

| Question | Answer |
|---|---|
| Blue | Yes |
| Green- WITH Gel | Yes |
| Lavender | Yes |
| Red | No |
| Gold (or Red w Gold Ring, or Tiger) | Yes |
| Green- NO Gel | No |
| Culture Set | No |
| Gray Top | No |

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011C0094 | Blood | — | 01/11/22 0445 |

**Rainbow Draw [445990715]**

#### Green Top (Gel) [445990717]

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Resulted: 01/11/22 0453, Result status: Final result
Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

Comment: Auto resulted.

#### Lavender Top [445990719]

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Resulted: 01/11/22 0453, Result status: Final result
Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

#### Gold Top - SST [445990721]

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Resulted: 01/11/22 0453, Result status: Final result
Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

**DEFENDANT'S EXHIBIT**

**2**

MCDC 00152

**BAPTIST HEALTH**

| | |
|---|---|
| Baptist Health Hardin | Clemans, Daniel Ray |
| 913 NORTH DIXIE AVE | MRN: 8913811887, DOB: ███ Sex: M |
| ELIZABETHTOWN KY 42701-2503 | Adm: 1/11/2022, D/C: 1/11/2022 |

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Labs (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

Comment: Auto resulted.

---

**Light Blue Top [445990723]**                     Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435          Order status: Completed
Filed by: Baker, Aleia  01/11/22 0453                         Collected by: Goff, Randall 01/11/22 0445
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

---

**Rainbow Draw [445990715]**

**Green Top (Gel) [445990717]**                     Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435          Order status: Completed
Filed by: Baker, Aleia  01/11/22 0453                         Collected by: Goff, Randall 01/11/22 0445
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

Comment: Auto resulted.

---

**Lavender Top [445990719]**                     Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435          Order status: Completed
Filed by: Baker, Aleia  01/11/22 0453                         Collected by: Goff, Randall 01/11/22 0445
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

---

MCDC 00153

**BAPTIST HEALTH**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ▓▓▓▓▓ Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Labs (continued)

#### Gold Top - SST [445990721]

Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

Comment: Auto resulted.

#### Light Blue Top [445990723]

Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

#### Green Top (Gel) [4459907171] (Final result)

Status: **Completed**

Order placed as a reflex to Rainbow Draw ordered on 01/11/22 at 0435
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Frequency: STAT Once 01/11/22 0436 - 1 occurrence
Quantity: 1
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

Ordering provider: Syers, Vincent, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011C0096 | Blood | — | Goff, Randall 01/11/22 0445 |

#### Green Top (Gel) [445990717]

Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia  01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

MCDC 00154

**BAPTIST HEALTH**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ▮▮▮▮▮ Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Labs (continued)

Comment: Auto resulted.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

### Lavender Top [445990719] (Final result)

Status: **Completed**

Order placed as a reflex to Rainbow Draw ordered on 01/11/22 at 0435
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Frequency: STAT Once 01/11/22 0436 - 1 occurrence
Quantity: 1
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

Ordering provider: Syers, Vincent, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011H0055 | Blood | — | Goff, Randall 01/11/22 0445 |

**Lavender Top [445990719]**    Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia 01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

### Gold Top - SST [445990721] (Final result)

Status: **Completed**

Order placed as a reflex to Rainbow Draw ordered on 01/11/22 at 0435
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Frequency: STAT Once 01/11/22 0436 - 1 occurrence
Quantity: 1
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

Ordering provider: Syers, Vincent, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011C0096 | Blood | — | Goff, Randall 01/11/22 0445 |

**Gold Top - SST [445990721]**    Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Filed by: Baker, Aleia 01/11/22 0453

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

MCDC 00155

**BAPTIST HEALTH**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ███████ Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Labs (continued)

Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | Hold for add-ons. | — | — | BH HAR LAB |

Comment: Auto resulted.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

### Light Blue Top [445990723] (Final result)

Status: **Completed**

Order placed as a reflex to Rainbow Draw ordered on 01/11/22 at 0435
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Frequency: STAT Once 01/11/22 0436 - 1 occurrence
Quantity: 1
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

Ordering provider: Syers, Vincent, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011C0094 | Blood | — | Goff, Randall 01/11/22 0445 |

### Light Blue Top [445990723]

Resulted: 01/11/22 0453, Result status: Final result

Ordering provider: Syers, Vincent, MD 01/11/22 0435
Filed by: Baker, Aleia 01/11/22 0453
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY

Order status: Completed
Collected by: Goff, Randall 01/11/22 0445

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Extra Tube | hold for add-on | — | — | BH HAR LAB |

Comment: Auto resulted

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

### Urine Drug Screen - Urine, Clean Catch [445990725] (Final result)

Status: **Completed**

Electronically signed by: **Syers, Vincent, MD on 01/11/22 1432**
Mode: Ordering in Verbal with readback mode
Ordering user: Emmi, Ashlen, RN 01/11/22 0617
Authorized by: Syers, Vincent, MD
Frequency: STAT STAT 01/11/22 0618 - 1 occurrence
Quantity: 1
Instance released by: Emmi, Ashlen, RN (auto-released) 1/11/2022 6:17 AM

Communicated by: Emmi, Ashlen, RN
Ordering provider: Syers, Vincent, MD
Ordering mode: Verbal with readback
Class: Unit Collect
Lab status: Final result

#### Questionnaire

Printed on 1/14/22 11:02 AM

MCDC 00156

**BAPTIST HEALTH**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ████, Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

### 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

#### Labs (continued)

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22H-011C0199 | Urine | Urine, Clean Catch | Emmi, Ashlen, RN 01/11/22 0619 |

**Urine Drug Screen - Urine, Clean Catch [445990725] (Normal)**    Resulted: 01/11/22 0649, Result status: Final result

Ordering provider: Syers, Vincent, MD 01/11/22 0617
Filed by: Lab, Background User 01/11/22 0649
Resulting lab: BAPTIST HEALTH HARDIN LABORATORY
Narrative:
Negative Thresholds Per Drugs Screened:

Order status: Completed
Collected by: Emmi, Ashlen, RN 01/11/22 0619

| Amphetamines | 500 ng/ml |
|---|---|
| Barbiturates | 200 ng/ml |
| Benzodiazepines | 100 ng/ml |
| Cocaine | 300 ng/ml |
| Methadone | 300 ng/ml |
| Opiates | 300 ng/ml |
| Oxycodone | 100 ng/ml |
| THC | 50 ng/ml |

The Normal Value for all drugs tested is negative. This report includes final unconfirmed screening results to be used for medical treatment purposes only. Unconfirmed results must not be used for non-medical purposes such as employment or legal testing. Clinical consideration should be applied to any drug of abuse test, particularly when unconfirmed results are used.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amphet/Methamphet. Screen | Negative | Negative | — | BH HAR LAB |
| Barbiturates Screen, Urine | Negative | Negative | — | BH HAR LAB |
| Benzodiazepine Screen, Urine | Negative | Negative | — | BH HAR LAB |
| Cocaine Screen, Urine | Negative | Negative | — | BH HAR LAB |
| Opiate Screen | Negative | Negative | — | BH HAR LAB |
| THC, Screen, Urine | Negative | Negative | — | BH HAR LAB |
| Methadone Screen, Urine | Negative | Negative | — | BH HAR LAB |
| Oxycodone Screen, Urine | Negative | Negative | — | BH HAR LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 100 - BH HAR LAB | BAPTIST HEALTH HARDIN LABORATORY | Unknown | <br>913 N Dixie Hwy ELIZABETHTOWN KY 42701-2503 | 01/26/21 1257 - Present |

#### Imaging

#### Imaging

**XR Chest 1 View [445990713] (Final result)**

Electronically signed by: **Baird, Patricia, RN on 01/11/22 0435**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Baird, Patricia, RN 01/11/22 0435
Authorized by: Syers, Vincent, MD
Cosigning events
Electronically cosigned by Syers, Vincent, MD 01/11/22 1433 for Ordering
Frequency: STAT Once 01/11/22 0435 - 1 occurrence

Ordering provider: Syers, Vincent, MD
Ordering mode: Per standing order: cosign required

Class: Hospital Performed

MCDC 00157

**BAPTIST HEALTH®**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ▇▇▇▇, Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Imaging (continued)

Quantity: 1                                        Lab status: Final result
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022 4:35 AM

#### Questionnaire

| Question | Answer |
| --- | --- |
| Reason for Exam: | upper abdomen pain |
| Portable | Yes |

#### Begin Exam Questions

| | Answer | Comment |
| --- | --- | --- |
| How was the patient identified? | Name date of birth and wristband | |
| Patient education done? | Yes | |

#### End Exam Questions

| | Answer | Comment |
| --- | --- | --- |
| Was the patient shielded? | Waist | |
| Was PPE worn? | Yes | |
| What PPE was used? | Eye Protection | |
| | Gloves | |
| | N95 Mask | |
| What staff wore PPE? | MILLER, AMANDA | |
| Was patient wearing a mask? | Yes | |

### XR Chest 1 View [445990713]                    Resulted: 01/11/22 0523, Result status: Final result

Ordering provider: Syers, Vincent, MD 01/11/22 0435
Resulted by: Hazlett, David D Jr., MD
Performed: 01/11/22 0508 - 01/11/22 0511
Resulting lab: BAPTIST HEALTH RADIOLOGY
Narrative:
PROCEDURE:  XR CHEST 1 VW

Order status: Completed
Filed by: Interface, Rad Results Enterprise In  01/11/22 0526
Accession number: 2007246416

COMPARISON: Meade County Family Medicine, CR, CHEST PA/AP & LAT 2V, 1/28/2021, 14:36.

INDICATIONS:  upper abdomen pain

FINDINGS:
No new consolidations or pleural effusions are observed. A stable granuloma is noted in the left lung. The cardiac silhouette and mediastinum are unchanged. No definitive acute osseous abnormalities are seen on this single view.

Impression:

1. No evidence for acute cardiopulmonary process.

DAVID HAZLETT, MD
Electronically Signed and Approved By: DAVID HAZLETT, MD on 1/11/2022 at 5:23

Testing Performed By

MCDC 00158

**BAPTIST HEALTH**

| | |
|---|---|
| Baptist Health Hardin<br>913 NORTH DIXIE AVE<br>ELIZABETHTOWN KY 42701-2503 | Clemans, Daniel Ray<br>MRN: 8913811887, DOB: ▓▓▓▓ Sex: M<br>Adm: 1/11/2022, D/C: 1/11/2022 |

## 01/11/2022 · ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Imaging (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 61 - BHRAD | BAPTIST HEALTH RADIOLOGY | Unknown | Unknown | 10/11/18 0908 - Present |

**XR Chest 1 View [445990713]**                                           Resulted: 01/11/22 0517, Result status: In process

Ordering provider: Syers, Vincent, MD  01/11/22 0435          Order status: Completed
Resulted by: Hazlett, David D Jr., MD                        Filed by: Miller, Amanda  01/11/22 0517
Performed: 01/11/22 0508 - 01/11/22 0511                      Accession number: 2007246416

**Signed**

Electronically signed by Hazlett, David D Jr., MD on 1/11/22 at 0523 EST

### Cardiology Procedures w/ Attached Docs

**ECG 12 Lead [445990712] (Final result)**

Electronically signed by: **Baird, Patricia, RN on 01/11/22 0435**                             Status: **Completed**
Ordering user: Baird, Patricia, RN 01/11/22 0435              Ordering provider: Syers, Vincent, MD
Authorized by: Syers, Vincent, MD                            Ordering mode: Per standing order: cosign required
Cosigning events
Electronically cosigned by Syers, Vincent, MD 01/11/22 1433 for Ordering
Frequency: STAT Once 01/11/22 0435 – 1 occurrence            Class: ED Performed
Quantity: 1                                                  Lab status: Final result
Instance released by: Baird, Patricia, RN (auto-released) 1/11/2022  4:35 AM

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam: | chest pressure |
| Release to patient | Immediate |
| Time ECG Completed | 4:44 AM |
| Date ECG Completed | 1/11/2022 |
| Given to (physician) | DISHAW, SCOTT |
| Given to physician time | 4:44 AM |
| Given to physician date | 1/11/2022 |

Scan on 1/11/2022 0439 by New Onbase, Eastern: ECG 12-LEAD (below)

MCDC 00159

**BAPTIST HEALTH®**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-
2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ███████, Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Cardiology Procedures w/ Attached Docs (continued)

8913811887      CLEMANS, DANIEL RAY                          11-Jan-2022 4:39:07
DOB:            40 Years      Male      White
                                                             Baptist Healthcare System (1)
                                                             Hardin Memorial (03)
                                                             Emergency Dept. (01)

HR    84    . Sinus rhythm
            . Incomplete right bundle branch block
PR    158   . RSR' in V1 or V2, right VCD or RVH             Oper:        RG
QRSD  111   . When compared with ECG of 20191106 144919,
QT    300   . No significant change
QTc   448

-- AXIS --
P     27                                                     Account #:    91122676429
QRS   8                                                      Order #:      445990712
T     4                 - ABNORMAL ECG -                     Enc ID:       91122676429
                                                             Reason:       chest pressure
                                                      Requested By: TRIAGE EMERGENCY
12 Lead: Standard Placement            Confirmed by: Mehta, Prabodh (RAM) 11-Jan-2022 16:42:24



Device: U8912084670    Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV    F 60- 0.5-100 Hz W    PH110C666 Ch 17

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 445990712 | — | — | 01/11/22 0439 |

### ECG 12 Lead [445990712]                          Resulted: 01/11/22 1842, Result status: Final result

Ordering provider: Syers, Vincent, MD  01/11/22 0435        Order status: Completed
Resulted by: Mehta, Prabodh, MD                             Filed by: Interface, Ekg Results In  01/11/22 1843
Collected by: 01/11/22 0439                                 Resulting lab: BH ECG
Narrative:
HEART RATE= 84 bpm
RR Interval= 720 ms
PR Interval= 158 ms
P Horizontal Axis= -1 deg
P Front Axis= 27 deg
QRSD Interval= 111 ms
QT Interval= 380 ms
QRS Axis= 8 deg
T Wave Axis= 4 deg
- ABNORMAL ECG -
Sinus rhythm
Incomplete right bundle branch block
RSR' in V1 or V2, right VCD or RVH
When compared with ECG of 06-Nov-2019 14:49:19,
No significant change

MCDC 00160

**⚡ BAPTIST HEALTH**

Baptist Health Hardin
913 NORTH DIXIE AVE
ELIZABETHTOWN KY 42701-2503

Clemans, Daniel Ray
MRN: 8913811887, DOB: ▮▮▮▮▮▮, Sex: M
Adm: 1/11/2022, D/C: 1/11/2022

## 01/11/2022 - ED in BAPTIST HEALTH HARDIN EMERGENCY ROOM (continued)

### Cardiology Procedures w/ Attached Docs (continued)

Electronically Signed By: Mehta, Prabodh (HAR) 11-Jan-2022 18:42:24
Date and Time of Study: 2022-01-11 04:39:07

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| QT Interval | 380 | ms | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | BH ECG | Unknown | Unknown | 04/10/15 1115 – Present |

Resulted: 01/11/22 0439, Result status: Preliminary result

### ECG 12 Lead [445990712]

Ordering provider: Syers, Vincent, MD  01/11/22 0435
Resulted by: Mehta, Prabodh, MD
Collected by: 01/11/22 0439
Narrative:
HEART RATE= 84 bpm
RR Interval= 720 ms
PR Interval= 158 ms
P Horizontal Axis= -1 deg
P Front Axis= 27 deg
QRSD Interval= 111 ms
QT Interval= 380 ms
QRS Axis= 8 deg
T Wave Axis= 4 deg
- OTHERWISE NORMAL ECG -
Sinus rhythm
RSR' in V1 or V2, right VCD or RVH
Electronically Signed By:
Date and Time of Study: 2022-01-11 04:39:07

Order status: Completed
Filed by: Interface, Ekg Results In  01/11/22 0440
Resulting lab: BH ECG

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| QT Interval | 380 | ms | — | 27 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 27 - Unknown | BH ECG | Unknown | Unknown | 04/10/15 1115 – Present |

### Signed

Electronically signed by Mehta, Prabodh, MD on 1/11/22 at 1842 EST

## *** END OF REPORT ***

MCDC 00161

DEFENDANT'S
EXHIBIT

3

| Inmate Form | Progression |

🖶

# MEADE COUNTY JAIL

# MEDICAL REQUEST

**Name**

DANIEL RAY CLEMANS

**Account#**

17762

**Date**

2\18\22

**Housing Unit**

170;;;

**Request**

02/18/2022 8:57:46
Can I talk to a doctor about my Hiatal Hernia? Just let me know when he or she will be here. I got it Xrayed on the 12th of February at Hardin County ER. Thanks.

**Response**

No problem. I have added you to his list to see him at his next visit.

**Staff Signature**

A.Brown LPN

MCDC 00147

**Date**

2/18/22

**Internal Staff Notes** ∅

---

| Form Details | Inmate Details |

**Processor**

Amber Brown (ABrown@MEJKY.KY) ▼

**Status**

Resolved ▼

## Form Details

| | |
|---|---|
| Submitted Form ID: | 2656 |
| Form Name: | Medical Request v4 |
| Date Submitted: | 02-18-2022 07:58 AM CST |
| Current Work Queue: | Processing |
| Escalation Level: | 1 |
| Time in Status: | 0d 0h |
| Terminal Group: | TABLETGROUP |
| Terminal: | TABLETGROUP |
| Days with Inmate: | 0d 0h |
| Days with Facility: | 0d 0h |

MCDC 00148

# Reply to Inmate Medical Request

Inmate: DANIEL CLEMANS

Location: 170

Kiosk Name:

Subject: Doctor Visit

Assigned To: All

Date Added: Aug 9, 2023 - 9:44 am EDT

Emergency:    ☒ This request is an emergency.

Entry ID: 3992763

Inmate ID: 17762

Inmate State ID:

Kiosk ID: 0

Indigent: No

Request:

What day does the Doctor come so I can be ready? When the Doctor (and You were present) pointed out I have a Hernia which can be seen bulging from my upper abdomen, I feel that the hernia could be causing these chest pains that I have complained about and these back pains. I would like to get it checked ASAP because I think the Meds you have given to me just mask the pain temporarily and that the hernia pain keeps coming back. I am not sure so I definitely need a Doctor to check it out. Thanks and let me know, and put me on the Doctor List.

Fees:           $ 0.00

Custom Fee:    $ 0.00              | Add Medical Fee | Add Inmate Fee |

Total:          $ 0.00

Status:

Resolved Substantiated

Notes for Admin:

Notes for Inmate:      You are on the list to see the APRN at next upcoming visit.

Preset Responses

No preset responses found.

## Item History

No history found

DEFENDANT'S EXHIBIT

4

MCDC 00144

## Incident Report

| | | |
|---|---|---|
| Incident #: 7575 | Creator: SEAY, JAMES | Date: 01/10/2024 03:47 |
| Status: | Closed By: | |
| Cell: | Location: | Closed Date: |

### Category
ISO

MINOR

### Force Used

\ ISOLATION

### Witnesses

| Type | Name | How Involved |
|---|---|---|
| Staff | DUPIN, TAMMY | Witness |
| Staff | NEAL, JOSH | Witness |

### Subjects
60880 - CLEMANS, DANIEL RAY

### Details

Creating Officer: SEAY, JAMES  Time: 01/10/2024 04:05  / Updating Officer: SEAY, JAMES  Time: 01/10/2024 04:05

ON 1-9-2024 AT APPROXIMATELY 23:21 WHILE DEPUTY NEAL SGT. DUPIN AND MYSELF DEPUTY SEAY WAS CONDUCTING A CELL SEARCH OF CELL 170. I WAS SEARCHING INMATE CLEMANS POD AND LOCATED IN A ALTERED COCO BUTTER TUBE APPROXIMATELY 20 IBU. PILLS. WHEN CELL SEARCH HAD CONCLUDED INMATE CLEMANS WAS PUT IN LOCK DOWN IN CELL 180 FOR 3 DAYS WITH MAT AND BLANKET RESTRICTION. NO FURTHER INCIDENT AT TIME OF THIS REPORT

END OF REPORT
DEPUTY JAMES SEAY

_James E Seay_
Signature

**DEFENDANT'S EXHIBIT**

**5**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-334-JHM
**ELECTRONICALLY FILED**

DANIEL R. CLEMANS                                                                      PLAINTIFF

VS.                    **DEFENDANT AMBER BROWN'S ANSWERS TO
                        PLAINTIFF'S INTERROGATORIES**

BRANDON FINCH, AMBER BROWN, REBECCA WEBSTER and MEADE COUNTY          DEFENDANTS

****************************

Comes Defendant AMBER BROWN, having first been duly sworn, and for her Answers to Plaintiff's Interrogatories, states as follows:

## GENERAL OBJECTIONS

1.      The discovery requested is overly broad and seeks disclosure of information and documentation which is irrelevant and not calculated to lead to the discovery of admissible evidence.  In addition, the Defendant will provide responses only in accordance with and pursuant to the provisions of the Kentucky Rules of Civil Procedure and in accordance with the customary meaning of a term's usage, not necessarily the meaning dictated by the Plaintiff, in his discovery requests.

2.      The discovery requests seek facts and information which have been obtained by the Defendant through his attorney and accordingly protected by the attorney-client privilege and the privilege of the attorney's work product.

3.      The Defendant has not completed the investigation of the facts relating to this case and has not completed preparation for the trial of this case which is unscheduled as of the date of this Response.  Any response rendered herein is based solely upon the information in the possession of the Defendant at the time of the preparation of his

1

DEFENDANT'S
EXHIBIT

**6**

responses.    As discovery is continued pursuant to statute, rule, order of Court or stipulation, the investigation of the Defendant's attorneys and agents will continue and as required by said authorities will be provided to Plaintiff.  With regard to the facts upon which the Defendant relies in defense of this action, he reserves the right at the time of trial, or at any other time in this proceeding, to introduce any and all evidence from any source whatsoever which may be discovered, and testimony from any witnesses whose identity may later be discovered.

4.    Except for specific and explicit facts admitted herein, no incidental or implied admissions are in any way intended.  The fact that the Defendant has attempted to respond or has responded to any of the requests should not be taken as an admission that he accepts, or admits, the existence of any facts as set forth or assumed in the request, or that such response constitutes admissible evidence.  Rather, the Defendant is simply attempting to fulfill his obligation pursuant to the Kentucky Rules of Civil Procedure.

5.    If any information or facts have been unintentionally omitted from these responses, the Defendant reserves the right to assert that omitted information without prejudice to him.

6.    These preliminary statements and general objections are incorporated by reference into each of the following responses set forth below.

**INTERROGATORIES**

1.    Did you know Daniel Clemans had a hernia?

YES or NO

**ANSWER:    When Daniel Clemans was booked into the Meade County Detention Center on January 12, 2022, he reported to booking during questions, "has a hernia and really bad anxiety."  When I questioned him during medical questioning on January 13, 2022, he reported a hiatal hernia.  During my questioning, he**

2

reported he was seen at Baptist Health Hardin a few days prior, and an x-ray was performed at that time for his hernia. I requested his records from Baptist Health Hardin for his visit on January 11, 2022, which contained a report of a chest x-ray of the same date. The impression reading from the radiologist was "no evidence of acute cardiopulmonary process." The radiologist compared that chest x-ray to a chest x-ray taken at Meade County Family Medicine on January 28, 2021. There was NO diagnosis of a hiatal hernia on the ER records or x-ray report as reported by Daniel Clemans. There was no diagnosis on any health record received for Daniel Clemans; only self-reported at that time.

On February 18, 2022, Daniel Clemans submitted a request to see medical, which stated, "Can I talk to a doctor about my hiatal hernia? Just let me know when he or she will be here. I got it xrayed on the 12th of February at Hardin County ER. Thanks." Medical responded that he was added to the list to see him at next visit. (It should be noted that Mr. Clemans' could not have had it x-rayed on February 12th because he was already booked into the facility. It could not have been January 12th because he was booked into the facility that day. He was seen at Baptist Health Hardin on January 11, 2022, per records received from Baptist Health Hardin.) On February 18, 2022, Daniel Clemans was placed on the list to see the medical provider, and he was seen by Roy Washington, APRN on February 23, 2022.

2.    When and from whom did you learn Daniel Clemans had a hernia?

**ANSWER:    See Answer to Interrogatory No. 1.**

3.    What actions did you take concerning Daniel Clemans's hernia while he was housed at Meade County Detention Center?

**ANSWER:    See Answer to Interrogatory No. 1.**

4.    Did you know Daniel Clemans's hernia was causing him pains?

**ANSWER:    Only if he reported it.**

5.    Why was Daniel Clemans's mother denied dropping off supplements/multi-vitamins/fish oils to help with his hernia and mental health issues?

**ANSWER:    The Meade County Detention Center does not allow drop offs of over-the-counter medications, but prescriptions only.**

3

6.     Did you have a personal/sexual relationship with the Meade County Detention Center Jailer J.J. Scarborough (your ultimate "supervisor") at anytime between January 12, 2022 and July 2024?  YES or NO

**ANSWER:     Objection.   The requested information is not relevant to any claim asserted herein.**

                    ___/s/ R. Keith Bond_____
                    **R. KEITH BOND**

7.     What official Policy was implemented by Meade County policy-makers for medical staff/jail staff as of January 12, 2022, if an inmate at Meade County Detention Center was found to have an internal physical injury or ailment?

**ANSWER:     Objection, overly broad and unduly burdensome. Without waiving said objection, all medical issues between offenders are different.  Physical injury and ailment are very broad spectrums.    The medical provider, Roy Washington, APRN, issues orders, and those orders are followed.**

                    ___/s/ R. Keith Bond_____
                    **R. KEITH BOND**

8.     Are you familiar with KRS § 71.040 or KRS § 446.070?

**ANSWER:     KRS Irrelevant.   Offender was treated by ER the day prior to lodging at Meade County Detention Center.**

9.     Did or do you know hernias can lead to death if untreated?

**ANSWER:     Yes, however, it is uncommon.    There are a lot of signs, symptoms, etc. of changes that happen before death would occur.   Most hernias are not life threatening.  Some require surgery, some do not.  It all depends on the size, location, severity of symptoms, a patient's overall health, etc. on what treatment is even appropriate and when.  This question is asking me to predict the outcome of different types of hernias, which is impossible.**

10.     Do you agree that a hernia can be classified as a "serious physical injury" according to KRS 500.080 (19) (m) or (n) or (p)?

YES or NO

4

**ANSWER:    Each hernia case is different.  I am not qualified to provide legal opinions.**

11.    Did you know that Daniel Clemans had mental health needs and/or issues while housed at Meade County Detention Center?

YES or NO

**ANSWER:    Yes, he reported anxiety during his booking questions on January 12, 2022, and to medical on January 13, 2022.  He also reported that he took Prozac (fluoxetine) 60mg every morning.**

12.    Do you agree with the Administrative Law Judge's assessment in <u>Martin v. Comm'r of Soc., Case No. 16-5013 (6th Cir. Aug 05, 2016)</u> that a "hiatal hernia" is a "severe impairment?

YES or NO

**ANSWER:    I have no idea what that case law is.  I am not an attorney, nor do I study law.**

13.    If an inmate at Meade County Detention Center reported a mental health issue/crisis, from January 12, 2022 through July 2024, what were you or the Meade County Detention Center staff trained to do specifically according to Meade County Policy or Meade County provided training?

**ANSWER:**    Mental Health issues differ from Mental Health Crisis.

The Inmate Handbook states:

> **Mental Health Care**
> a.    Mental health care may be requested on kiosk under Medical tab and may be provided by the medical director/ARNP.

14.    Were you or jail staff giving Daniel Clemans medication associated with mental health, from January 12, 2022 through July 2024?  YES or NO

**ANSWER:    Yes.**

5

15.    What medications did you personally ensure was provided for Daniel Clemans while he was housed at Meade County Detention Center pertaining to his mental health?

**ANSWER:    I provided any medications to Daniel Clemans that were ordered by Roy Washington, APRN.  That information was previously provided to Plaintiff as part of his medical file from the Meade County Detention Center.**

16.    What dosage-changes did you apply regarding Daniel Clemans's mental health medications and why?

**ANSWER:    On August 30, 2022, at 12:15 pm, Daniel Clemans submitted a medical request, stating: "Hello. We can drop my dosage to 2 pills (2 20mg capsules) instead of three please. I will try and see how it goes."  Medical's Response at 1:25:26 pm was, "APRN notified of offender request and gives ok to decrease Prozac from 60 mg every morning to 40 mg every morning.  Change made on MAR and med cart. Offender aware.  A. Brown LPN."  The Note for Inmate stated, "It has been decreased for you."**
**On December 12, 2022, Daniel Clemans submitted a medical request at 10:08 am: "Hello. Can we please up the dosage to 3 pills (80mg) of the anxiety attack medicine, I think its fluoxetine.  The 40mg (2 pills) just doesn't work like it should. Thanks Amber."  Medical's Response on December 12, 2022, at 1:30:27 pm: "APRN notified.  Offender was previously on 60 mg of Prozac and in august requested it be decreased to 40 mg.  APRN decreased per his request and now he states that it is not as effective as it was prior to decreasing the dose.  APRN gives OK to increase prozac back to 60 mg daily.  MAR changed and medication changed on cart.  Offender aware. A. Brown LPN the Notes for Inmate stated, "They are 20 mg capsules so you previously were on 60 mg daily and decreased to 40 mg.  It has been increased back up to the 60 mg daily."**
**On July 21, 2023, at 10:22 am Daniel Clemans submitted a medical request: "Can you move my med cart time to the PM please so I know I'll be awake. Thanks." Notes for Inmate were, "that medication is recommended to be taken in the morning since it is known to cause insomnia, especially at the dose you take."**

17.    Did you know the mental health medications you were giving Daniel Clemans were and are classified as "Selective Serotonin Reuptake Inhibitors" ("SSRI's")?  YES or NO

**ANSWER:    Yes.**

18.    Were you familiar with "Serotonin Syndrome" and other side-effects when you were providing Daniel Clemans with SSRI medications?

6

**ANSWER:** Yes, I know what serotonin syndrome is and potential side effects of SSRI medications. Serotonin toxicity usually occurs when two or more SSRI medications are combined. Symptoms usually happen fast within 24 hours or so and could present as a mental status change such as confusion, increased heart rate, increased blood pressure, fever (or hypothermia), sweating, shivering, and rapid change in blood pressure. Tremors, muscle rigidity, overactive reflexes, and abnormal (side-to-side) eye movement. Severe toxicity could present as seizures, abnormal heartbeat, and passing out.

19. Did you deny Daniel Clemans request/demand to change the time of day he had to take his mental health medication (since meds were given to inmates two different times a day from the cart)?

**ANSWER:** No, it was not denied. After the above response to Plaintiff's request that his med cart time be moved, there was no response from Daniel Clemans acknowledging that response and he still choosing a medication time change based on that educational response about the medication.

20. What verified training/s was provided to you specifically from Meade County as of January 12, 2022, specific to internal injuries an inmate is found to have and what to do as a staff member at Meade County Detention Center when a serious injury is apparent or possible?

**ANSWER:** I graduated nursing school in 2011, and per the Kentucky Board of Nursing, I must submit continuing education hours to the KBN yearly. I also must complete the training hours through Kentucky Department of Corrections (Crimcast) yearly. The duty of this nurse is to follow the orders of the medical providers.

21. What verified training/s was provided to you specifically from Meade County as of January 12, 2022 specific to mental health issues/crisis of inmates housed at Meade County Detention Center?

**ANSWER:** See Answer to Interrogatory No. 20.

22. During 2022 through 2024, when you were not working or present at Meade County Detention Center (through the night shift for example), who was present in your place that possessed the same medical training/certifications required for your position?

7

ANSWER:    Medical was in the building 8+ hours every day, Monday-Friday, and sick call request was available Monday-Friday. Weekend nurse and APRN were available on call. This nurse, along with medical provider, Roy Washington, APRN, are both on call for the Meade County Detention Center 24 hours a day, 7 days a week, 365 days per year.

23.    Do you agree that an inmate's physical ailment or injury can lead to mental anguish or further psychological/mental health issues?

ANSWER:    I am not able to answer this question. This question asks me to predict actions or thoughts of another individual, based on thousands of medical conditions, or ailments. Medical conditions and ailments are very broad based due to different classifications. That categorizes thousands of conditions.

24.    Did you review Daniel Clemans's Medical and Mental Health records from PRIOR to him being housed at Meade County Detention Center? (Attach to this interrogatory said documents you viewed and/or possessed).

YES or NO

ANSWER:    The Meade County Detention Center has no mental health records of Daniel Clemans prior to his arrest. The only records of prior medical treatment of Daniel Clemans were from his Baptist Health Hardin ER visit on January 11, 2022, which is when Daniel Clemans said he had the x-ray for his hernia. The x-ray result was received. All records of Daniel Clemans in the possession of Meade County Detention Center were previously provided to Daniel Clemans with his inmate medical file from the Meade County Detention Center.

25.    Did you or anyone provide Daniel Clemans at any time with a mental health professional or expert while he was housed at Meade County Detention Center?

YES or NO

ANSWER:    No, Daniel Clemans never requested to see a mental health professional or expert while he was incarcerated at Meade County Detention Center. At his requests, he was seen by Roy Washington, APRN on February 2, 2022; August 18, 2023; and July 18, 2024 (he was brought into office and refused the visit since he was being transferred to Roederer), but never mentioned any mental health issues to Mr. Washington during those visits.

The inmate handbook, which Mr. Clemans' acknowledged to reading on the kiosk, states:

8

**Mental Health Care**
a.    **Mental health care may be requested on kiosk under Medical tab and may be provided by the medical director/ARNP.**

/s/ R. Keith Bond
R. KEITH BOND
LOCHMILLER BOND
514 N. MULBERRY STREET
P.O. BOX 826
ELIZABETHTOWN, KY  42702-0826
(270) 900-1248
rkbond@lbatty.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Kentucky Court of Justice e-filing system.  A copy of the same was e-mailed on the same date to the following:

Daniel R. Clemans #333945
Lee Adjustment Center
168 Lee Adjustment Drive
Beattyville, KY  41311

/s/ R. Keith Bond
R. KEITH BOND

9

## VERIFICATION

I, AMBER BROWN, hereby state that the foregoing Answers to Plaintiff's Interrogatories are true and correct to the best of my knowledge and belief.

_____
AMBER BROWN

COMMONWEALTH OF KENTUCKY
COUNTY OF meade

Subscribed and sworn to before me by AMBER BROWN on this 19 day of Aug. , 2025, to be her free act and voluntary deed.

KINLEY MATTI
NOTARY PUBLIC
COMMONWEALTH OF KENTUCKY
ID # KYNP50263
COMMISSION EXPIRES MAY 04, 2026

_____
NOTARY PUBLIC, KY STATE AT LARGE
NOTARY ID: KYNP50263
MY COMMISSION EXPIRES: may 4 2026

10

## Report - Sales



| Date/Time From | 01/01/2022 | EST |
| Date/Time To | 8/13/2025 | EDT |
| Affiliate | Kellwell Gift Baskets ✓ | |
| Inmate First Name | dan | |
| Inmate Last Name | clem | |
| Show Canceled | Exclude Canceled ✓ | |
| Show Returns | All Results ✓ | |
| Jail Distributed | Show all ✓ | |
| Date Type | Order Date ✓ | |
| Released | All Results ✓ | |
| Show Year to Date: | ☐ | |
| Group by Jail: | ☐ | |
| Integrated Items | All Results ✓ | |
| Indigent | All Results ✓ | |
| Item Name | aspirin | |
| Pending Orders Only: | ☐ | |
| Food Items | All Items ✓ | |
| Completed Only | ☐ | |
| Only Orders with Fees | ☐ | |
| Only Orders with No Fees | ☐ | |
| Include Taxes | ☑ | |
| Include Warehouse Fees | ☑ | |
| Include Order Fees | ☑ | |
| Show Canceled Orders from Open Orders | ☐ | |
| Commissary Type | All Types ✓ | |
| Show Commissary Type Detail | ☐ | |
| Show Gift Basket | ☐ | |
| Additional Info | ☐ More Search Filters | |

### Total Sales with Gift Basket Breakdown (excluding fees)

PDF    Print    Excel          Show 100 ✓ entries

Search:

| | Sales | Tax | Jail Commission |
| --- | --- | --- | --- |
| Total | $13.02 | $0.74 | $0.00 |

Showing 1 to 1 of 1 entries

Previous    1    Next

Lines in **RED** were returned.

Lines in **BLUE** were processed.

PDF    Print    Excel                                     Show [100    ⌄] entries

                                        Search:

| Order ID | Date | Inmate ID | First | Last | Jail | Amount | Sales 1 |
|----------|------|-----------|-------|------|------|--------|---------|
| 119652917 | 06/30/2024 06:54 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $13.02 | $( |

Showing 1 to 1 of 1 entries

                                        Previous    1    Next

## Report - Sales



| | | |
|---|---|---|
| Date/Time From | 01/01/2022 | EST |
| Date/Time To | 8/13/2025 | EDT |
| Affiliate | Kellwell Gift Baskets ∨ | |
| Inmate First Name | dan | |
| Inmate Last Name | clem | |
| Show Canceled | Exclude Canceled ∨ | |
| Show Returns | All Results ∨ | |
| Jail Distributed | Show all ∨ | |
| Date Type | Order Date ∨ | |
| Released | All Results ∨ | |
| Show Year to Date: | ☐ | |
| Group by Jail: | ☐ | |
| Integrated Items | All Results ∨ | |
| Indigent | All Results ∨ | |
| Item Name | multivitamin | |
| Pending Orders Only: | ☐ | |
| Food Items | All Items ∨ | |
| Completed Only | ☐ | |
| Only Orders with Fees | ☐ | |
| Only Orders with No Fees | ☐ | |
| Include Taxes | ☑ | |
| Include Warehouse Fees | ☑ | |
| Include Order Fees | ☑ | |
| Show Canceled Orders from Open Orders | ☐ | |
| Commissary Type | All Types ∨ | |
| Show Commissary Type Detail | ☐ | |
| Show Gift Basket | ☐ | |
| Additional Info | ☐ More Search Filters | |

### Total Sales with Gift Basket Breakdown (excluding fees)

PDF   Print   Excel

Show 100 ∨ entries

Search:

| | Sales | Tax | Jail Commission |
|---|---|---|---|
| Total | $208.39 | $5.72 | $0.00 |

Showing 1 to 1 of 1 entries

Previous   1   Next

Lines in **RED** were returned.

Lines in **BLUE** were processed.

PDF    Print    Excel

Show 100 ▾ entries

Search:

| Order ID | Date | Inmate ID | First | Last | Jail | Amount | Sales |
|---|---|---|---|---|---|---|---|
| 119652917 | 06/30/2024 06:54 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $13.02 | $ |
| 110761380 | 02/12/2024 11:55 am EST | 17762 | DANIEL | CLEMANS | Meade County, KY | $35.16 | $ |
| 105339185 | 11/13/2023 05:08 pm EST | 17762 | DANIEL | CLEMANS | Meade County, KY | $33.46 | $ |
| 97985103 | 07/22/2023 11:45 am EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $5.29 | $ |
| 90380996 | 03/20/2023 04:26 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $11.63 | $ |
| 83993874 | 11/30/2022 05:50 pm EST | 17762 | DANIEL | CLEMANS | Meade County, KY | $16.27 | $ |
| 76087452 | 07/10/2022 10:42 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $28.10 | $ |
| 72771484 | 05/08/2022 03:40 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $65.46 | $ |

Showing 1 to 8 of 8 entries

Previous    1    Next

## Report - Sales



| | | |
|---|---|---|
| Date/Time From | 01/01/2022 | EST |
| Date/Time To | 8/13/2025 | EDT |
| Affiliate | Kellwell Gift Baskets ∨ | |
| Inmate First Name | dan | |
| Inmate Last Name | clem | |
| Show Canceled | Exclude Canceled ∨ | |
| Show Returns | All Results ∨ | |
| Jail Distributed | Show all ∨ | |
| Date Type | Order Date ∨ | |
| Released | All Results ∨ | |
| Show Year to Date: | ☐ | |
| Group by Jail: | ☐ | |
| Integrated Items | All Results ∨ | |
| Indigent | All Results ∨ | |
| Item Name | ibuprofen | |
| Pending Orders Only: | ☐ | |
| Food Items | All Items ∨ | |
| Completed Only | ☐ | |
| Only Orders with Fees | ☐ | |
| Only Orders with No Fees | ☐ | |
| Include Taxes | ☑ | |
| Include Warehouse Fees | ☑ | |
| Include Order Fees | ☑ | |
| Show Canceled Orders from Open Orders | ☐ | |
| Commissary Type | All Types ∨ | |
| Show Commissary Type Detail | ☐ | |
| Show Gift Basket | ☐ | |
| Additional Info | ☐ More Search Filters | |

### Total Sales with Gift Basket Breakdown (excluding fees)

PDF   Print   Excel        Show 100 ∨ entries

Search:

| | Sales | Tax | Jail Commission |
|---|---|---|---|
| Total | $59.27 | $0.57 | $0.00 |

Showing 1 to 1 of 1 entries

Previous   1   Next

Lines in **RED** were returned.

Lines in **BLUE** were processed.

PDF   Print   Excel

Show 100 ✓ entries

Search:

| Order ID | Date | Inmate ID | First | Last | Jail | Amount | Sales Ta |
|---|---|---|---|---|---|---|---|
| 81339271 | 10/13/2022 10:15 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $29.10 | $0. |
| 73930180 | 05/30/2022 05:12 pm EDT | 17762 | DANIEL | CLEMANS | Meade County, KY | $30.17 | $0. |

Showing 1 to 2 of 2 entries

Previous   1   Next

## Transaction Detail

| | |
|---|---|
| Transaction Type: | Order |
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 119652917 |
| Order Mode: | Commissary |
| Receipt Number: | 68328 |
| Date Added: | 06/30/2024 6:54 pm EDT |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Aspirin - 2pk | 1 | $0.80 | $0.80 | |
| Suave Advanced Therapy Lotion 10oz | 1 | $6.49 | $6.49 | |

| | |
|---|---|
| SubTotal: | $12.28 |
| Sales Tax | $0.74 |
| Net Amount | -$13.02 |

## Transaction Detail

Transaction Type: Order

| | |
|---|---|
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 110761380 |
| Order Mode: | Commissary |
| Receipt Number: | 64689 |
| Date Added: | 02/12/2024 11:55 am EST |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Jar-Peanut Butter 18oz | 2 | $5.49 | $10.98 | |
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Folgers Instant Coffee 4oz | 1 | $7.99 | $7.99 | |
| Gummed Writing Pad | 2 | $1.79 | $3.58 | |
| Shorty Pencil | 4 | $0.25 | $1.00 | |
| Cotton Swabs 50ct. | 1 | $1.99 | $1.99 | |
| Toilet Paper - roll | 2 | $1.15 | $2.30 | |
| Sweetener PCs - 10ct | 2 | $0.75 | $1.50 | |

| | |
|---|---|
| SubTotal: | $34.33 |
| Sales Tax | $0.83 |
| Net Amount | -$35.16 |

## Transaction Detail

Transaction Type: Order

| | |
|---|---|
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 105339185 |
| Order Mode: | Commissary |
| Receipt Number: | 62692 |
| Date Added: | 11/13/2023 5:08 pm EST |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Jar-Peanut Butter 18oz | 2 | $5.49 | $10.98 | |
| Toilet Paper - roll | 2 | $1.15 | $2.30 | |
| Mackeral Fillets - 3.53oz | 3 | $2.89 | $8.67 | |
| Boxers - Large | 1 | $3.99 | $3.99 | |
| Crew Socks - Pair | 1 | $1.75 | $1.75 | |

| | |
|---|---|
| SubTotal: | $32.68 |
| Sales Tax | $0.78 |
| Net Amount | -$33.46 |

## Transaction Detail

| | |
|---|---|
| Transaction Type: | Order |
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 97985103 |
| Order Mode: | Commissary |
| Receipt Number: | 59501 |
| Date Added: | 07/22/2023 11:45 am EDT |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |

| | |
|---|---|
| SubTotal: | $4.99 |
| Sales Tax | $0.30 |
| Net Amount | -$5.29 |

## Transaction Detail

| | |
|---|---|
| Transaction Type: | Order |
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 90380996 |
| Order Mode: | Commissary |
| Receipt Number: | 54877 |
| Date Added: | 03/20/2023 4:26 pm EDT |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Vented Hair Brush | 1 | $1.50 | $1.50 | |
| Doritos Spicy Sweet Chili 1.75oz (Limited Time) | 1 | $1.59 | $1.59 | |
| Starlight Mints - 4.5oz | 2 | $1.49 | $2.98 | |
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |

| | |
|---|---|
| SubTotal: | $11.06 |
| Sales Tax | $0.57 |
| Net Amount | -$11.63 |

## Transaction Detail

| | |
|---|---|
| Transaction Type: | Order |
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 83993874 |
| Order Mode: | Commissary |
| Receipt Number: | 49449 |
| Date Added: | 11/30/2022 5:50 pm EST |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Jar-Peanut Butter 18oz | 2 | $5.49 | $10.98 | |

| | |
|---|---|
| SubTotal: | $15.97 |
| Sales Tax | $0.30 |
| Net Amount | -$16.27 |

## Transaction Detail

Transaction Type: Order

Jail:              Meade County, KY, KY

Inmate:            DANIEL RAY CLEMANS

Inmate ID:         17762

Inmate Loc:        44

Inmate Balance     $0.00

Trans ID:          76087452

Order Mode:        Commissary

Receipt Number:    41785

Date Added:        07/10/2022 10:42 pm EDT

IP Address:        70.61.26.122

Kiosk:

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Jolly Rancher, asst. - 4oz | 1 | $1.99 | $1.99 | |
| Sweetener PCs - 10ct | 2 | $0.75 | $1.50 | |
| AAA Batteries 4 pack | 1 | $2.86 | $2.86 | |
| Dill Pickle | 1 | $1.79 | $1.79 | |
| Jar-Peanut Butter 18oz | 2 | $5.19 | $10.38 | |
| Gummed Writing Pad | 1 | $1.79 | $1.79 | |
| Envelope, 9x12 | 2 | $0.99 | $1.98 | |

SubTotal:      $27.28

Sales Tax      $0.82

Net Amount     -$28.10

## Transaction Detail

Transaction Type: Order

Jail:              Meade County, KY, KY

Inmate:            DANIEL RAY CLEMANS

Inmate ID:         17762

Inmate Loc:        44

Inmate Balance     $0.00

Trans ID:          72771484

Order Mode:        Commissary

Receipt Number:    38594

Date Added:        05/08/2022 3:40 pm EDT

IP Address:        70.61.26.122

Kiosk:

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Frosted Flakes, bowl | 5 | $1.00 | $5.00 | |
| Tuna Pouch - 3oz | 3 | $3.79 | $11.37 | |
| Variety Pack Oatmeal - 10ct box | 1 | $5.29 | $5.29 | |
| Daily Multivitamin 100ct | 1 | $4.99 | $4.99 | |
| Cheddar Cheese Spread - 8oz | 1 | $3.69 | $3.69 | |
| Jar-Peanut Butter 18oz | 2 | $5.19 | $10.38 | |
| Sweet n' Salty Mix - 3.5oz | 2 | $1.99 | $3.98 | |
| Mountain Dew, 20 oz | 1 | $2.29 | $2.29 | |
| Vanilla Creme Cookies - 5oz | 1 | $1.35 | $1.35 | |
| ON! Nicotine Pouches Coffee(Meade) | 1 | $11.50 | $11.50 | |
| Bowl with Lid, 24 oz | 1 | $1.25 | $1.25 | |
| VO5 Shampoo and Conditioner - 12.5oz | 1 | $2.99 | $2.99 | |

SubTotal:      $64.08

Sales Tax      $1.38

Net Amount     -$65.46

## Transaction Detail

Transaction Type: Order

| | |
|---|---|
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 81339271 |
| Order Mode: | Commissary |
| Receipt Number: | 46824 |
| Date Added: | 10/13/2022 10:15 pm EDT |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

### Item Details

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Ponytail holders | 1 | $0.25 | $0.25 | |
| Colgate Toothbrush-soft | 1 | $1.99 | $1.99 | |
| Noodles Spicy Vegetable 3oz | 2 | $0.99 | $1.98 | |
| Noodles Chili - 3oz | 2 | $0.99 | $1.98 | |
| Ibuprofen – 2pk | 2 | $0.45 | $0.90 | |
| Vanilla Creme Cookies - 5oz | 1 | $1.35 | $1.35 | |
| Jar-Peanut Butter 18oz | 3 | $5.19 | $15.57 | |
| Flavor Fix Freeze Dried Coffee 3oz | 1 | $4.89 | $4.89 | |

| | |
|---|---|
| SubTotal: | $28.91 |
| Sales Tax | $0.19 |
| Net Amount | -$29.10 |

**Transaction Detail**

| | |
|---|---|
| Transaction Type: | Order |
| Jail: | Meade County, KY, KY |
| Inmate: | DANIEL RAY CLEMANS |
| Inmate ID: | 17762 |
| Inmate Loc: | 44 |
| Inmate Balance | $0.00 |
| Trans ID: | 73930180 |
| Order Mode: | Commissary |
| Receipt Number: | 39515 |
| Date Added: | 05/30/2022 5:12 pm EDT |
| IP Address: | 70.61.26.122 |
| Kiosk: | |

**Item Details**

| Item Name | Qty | Price Each | Total | Notes |
|---|---|---|---|---|
| Tuna Pouch - 3oz | 2 | $3.79 | $7.58 | |
| Noodles Picante Beef - 3oz | 1 | $0.99 | $0.99 | |
| Noodles Lime Shrimp - 3oz | 1 | $0.99 | $0.99 | |
| AAA Batteries 4 pack | 1 | $2.86 | $2.86 | |
| Wyler's Peach Tea-8ct | 1 | $3.09 | $3.09 | |
| Sweetener PCs - 10ct | 1 | $0.75 | $0.75 | |
| ON! Nicotine Pouches Coffee(Meade) | 0 | $11.50 | $0.00 | Item quantity adjusted for open order |
| Jar-Peanut Butter 18oz | 2 | $5.19 | $10.38 | |
| Lemon Cream Cookies - 5oz | 1 | $1.35 | $1.35 | |
| Vanilla Creme Cookies - 5oz | 1 | $1.35 | $1.35 | |
| Ibuprofen - 2pk | 1 | $0.45 | $0.45 | |

| | |
|---|---|
| SubTotal: | $29.79 |
| Sales Tax | $0.38 |
| Net Amount | -$30.17 |