UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-334-JHM
**ELECTRONICALLY FILED**

DANIEL R. CLEMANS                                              PLAINTIFF

VS.                            **AFFIDAVIT**

BRANDON FINCH, AMBER BROWN, REBECCA WEBSTER and MEADE COUNTY        DEFENDANTS

****************************

Comes Affiant, J.J. SCARBOROUGH, and after first being duly sworn, states as follows:

1.    I am the elected Jailer of the Meade County Detention Center.

2.    As a result, I am familiar with the named Defendants herein, their employment history with Meade County Detention Center and the training they have received throughout their tenure.

3.    Attached is the certification and training record for BRANDON FINCH as Exhibit #1.

4.    Attached is the certification and training record of AMBER BROWN as Exhibit #2.

5.    Attached is the certification and training record of REBECCA WEBSTER as Exhibit #3.

6.    Each Defendant has always been in compliance with the training requirements of the Commonwealth of Kentucky.

7.    Mr. Clemans has included several Affidavits (DN 98-6) with his Motion for Summary Judgment and their content is inaccurate. I reviewed the records of the Meade

**DEFENDANT'S EXHIBIT**

**13**

1

County Detention Center to determine if, in fact, each Affiant could have "witnessed" what is alleged and each Affiant has made a misstatement of fact:

a.      Thomas Dollarhyde stated within his Affidavit that Brandon Finch disposed of Clemans' Bible in November 2023. That is impossible since Thomas Dollarhyde was permanently booked out of Meade County Detention Center on March 30, 2023.[1] Furthermore, Thomas Dollarhyde and Daniel Clemans had not occupied a common cell/pod since December 23, 2022.[2]

b.      Tristen Wills stated within his Affidavit that he personally observed Clemans in extreme stomach pain from hernia, where he couldn't even move, on or around September 2023. That is impossible because Tristen Wills was only in a cell with Daniel Clemans from March 22, 2023, to May 30, 2023.[3]

c.      Tyler Petty stated within his Affidavit what he saw during 2023 concerning legal mail that was already opened when it was delivered to Daniel by Rebecca Webster and Brandon Finch; Clemans questioning Brandon Finch and Rebecca Webster about missing legal mail that was found weeks later; both Finch and Webster denied Clemans going to church services; and he saw them take Clemans' Bible and throw it away. That is impossible because Tyler Petty and Daniel Clemans never shared a cell/pod, but only swapped cells on the same day and at the same time.[4]

d.      Donnie Allen stated within his Affidavit that he was in the same cell as Daniel Clemans in the middle of 2023 at the Meade County Detention Center. During that time, he

---

[1] See Detailed Release Report of Thomas Dollarhyde attached hereto as a part hereof and marked as Exhibit #4.
[2] See Cell Assignment History for both Thomas Dollarhyde and Daniel Clemans attached hereto as a part hereof and collectively marked as Exhibit #5.
[3] See Cell Assignment History for both Tristen Wills and Daniel Clemans attached hereto as a part hereof and collectively marked as Exhibit #6.
[4] See Cell Assignment History for both Tyler Perry and Daniel Clemans attached hereto as a part hereof and collectively marked as Exhibit # 7.

saw with his own eyes and heard with his own ears, interactions between Daniel Clemans, Brandon Finch and Amber Brown.  That is impossible because Donnie Allen and Daniel Clemans only shared a cell for one month from April 27, 2023, to May 27, 2023.[5]

Further Affiant Sayeth Naught.

This _17th_ day of February, 2026.

_____

J.J. SCARBOROUGH

COMMONWEALTH OF KENTUCKY
COUNTY OF _Hardin_

Subscribed and sworn to before me by J.J. SCARBOROUGH on this _17th_ day of February, 2026, to be his free act and voluntary deed.

_____
NOTARY PUBLIC, KY STATE AT LARGE
NOTARY ID: _3-16 28_
MY COMMISSION EXPIRES: _KYNP5049_

---

[5] See Cell Assignment History for both Donnie Allen and Daniel Clemans attached hereto as a part hereof and collectively marked as Exhibit # 8.

*Brandon Finch*

**Title: Chief Deputy**
**Department: Meade County Detention Center**
**Supervision: Jailer**

**Job Summary**

Under administrative direction and limited supervision, assists the Jailer in the operation of the jail; Additionally assisting the jailer in directing staff work in the areas such as safety, sanitation, security, medical, maintenance cell management, classification, administrative support, mental health, education, recreation, food service, personnel training, laundry, mail, canteen, library, religion, housing, visitation, transportation, intake, orientation, and other areas or projects deemed important by the Jailer.

**Duties**

- Coordinates scheduling of county and state side officers including medical staff, ensuring proper shift coverage, utilizing as little overtime as possible (All permanent schedule changes must be approved by the Jailer).
- Responsible for overseeing staff training and ensuring that jail staff meets training requirements (includes training and certification in pepper spray).
- Responsible for developing and maintaining a routine maintenance schedule and resolving routine maintenance issues either individually or by assigning jail staff and/or trustees to routine maintenance issues (major maintenance problems are to be reported to the Jailer).
- Responsible for enforcing disciplinary policy, jail policy and procedure manual.
- Develops and recommends to the jailer new and revised rules, policies, and procedures, to respond to changes in operational or program needs, objectives, and priorities and to improve the overall efficiency and effectiveness of the operations and programs.
- Routinely checks items such as headcounts, cell rosters, fingerprinting, detox or suicide sheets, commitment orders, inmate files, triage forms, strip search forms, staff security checks, Jail Management Software, jail logs, cell searches, etc. for completion and accuracy.
- Routinely confers or meets with shift supervisors to discuss and solve facility problems or issues that impair the effectiveness or efficiency of jail operations; exchange information and/or explain jail objectives, policies, procedures, and to identify the characteristics of work problems and formulate possible solutions with employees.
- Responsible for helping control unnecessary spending or wasting of resources.
- Responsible for ordering and issuing approved deputy uniforms, keys, ID cards and equipment and ensuring their return after a deputy is no longer employed.
- Responsible for maintaining an inventory of equipment such as radio's, badges, handcuffs, leg irons, etc and investigating any loss or destruction of that inventory.
- First line contact person for Jail Management Software.
- Conducts a weekly inspection of the county side (secure perimeter) of the facility for cleanliness, security concerns, rule violations, safety issues, etc. and resolves any issues associated with that inspection (includes cells, storage area's, recreation, file room, halls, control room, library, etc).
- Responsible for maintaining good public relations with inmate families, the public and other governmental agencies and projecting the jail in a positive light.
- Approve or deny vacation request of all facility personnel (forward copies to office administrator and Jailer).
- Conduct quarterly fire drill/training for staff and ensuring a written evacuation plan is posted and maintained (fire drill/training must be documented in writing).
- Assigning a deputy to conduct a monthly inspection on each fire extinguisher and initial tag.
- Responsible for responding to the jail in emergency situations such as escape, suicide, fire, riot, serious accident, mass arrest etc.
- Responsible for keeping the Jailer informed of any known issues affecting the jail or its employees.
- Be ethical in dealing with inmates, staff and the public.
- Required not to bring discredit to the jail or the Jailer and to support the Jailer's policies concerning the operation of the jail.

**DEFENDANT'S EXHIBIT**

**1**

Pursuant to the KY Constitution Section 228, _Brandon Finch_,

has been sworn in as a Deputy Jailer by _Judy Jordan_, effective

_5-16-17_,

_____  
Deputy

_5/16/17_  
Date

_____  
J.J. Scarborough

_5/16/17_  
Date

# Personnel Policies

Certificate of Receipt

The employee handbook describes important information about Meade County Government, and I understand I should consult my supervisor regarding any questions not answered in the handbook. I have entered into my employment relationship with Meade County Government voluntarily and acknowledge there is no specified length of employment. Accordingly, either I or Meade County Government can terminate the relationship at-will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are subject to change, I acknowledge revisions to the handbook may occur. All such changes will be communicated through official notices, and I understand revised information will supersede, modify, or eliminate existing policies. Only the Meade County Judge/Executive and Meade County Fiscal Court has the ability to adopt personnel policies.

Furthermore, I understand this handbook is neither a contract of employment nor a legal document. I have received the handbook, and I understand it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

*I certify I have been through a complete orientation, received a copy of the Personnel Policies and Procedures, and have been afforded ample opportunity to ask questions about the policies and procedures of the Meade County Government. I understand it is my responsibility to be familiar with the contents of this manual.*

My signature affirms I completed the Meade County Government orientation process. I agree to become familiar with the Personnel Policies & Procedures Handbook

| | |
|---|---|
| _____<br>Signature | 5/17/17_____<br>Date |
| Brandon Fink_____<br>Printed Name | MCDC_____<br>Department |
| _____<br>Witness | 5/17/17_____<br>Date |

# Personnel Policies

### "At-Will" Employment

The following policies have been developed to provide you with information concerning the philosophies and practices of Meade County Government in personnel matters. These policies were effective as of June 14, 2011. Please read through these Personnel Policies, and discuss any questions you may have with your supervisor.

Employment by Meade County Government is "at-will". Therefore, Meade County Fiscal Court is not required to give any reason for relieving or terminating employees or positions. Meade County Government supports Americans with Disabilities Act, Equal Employment Opportunity Commission, Older Americans Act, Civil Rights Act, and other applicable federal and state legislation, regulations, and laws.

*I hereby understand my employment is an "at-will" basis and I hereby accept appointment of Meade County Government. I further understand that my "at-will" nature of employment may not be altered by any oral or written agreements, nor perceived as implied through conversations, policies, or any means whatsoever in or out of the workplace.*

*Verification of receipt and understanding of the at-will terms of employment:*

_____          ___5/17/17_____
Signature                                Date

___Brandon___Finch_____          ___MCDC_____
Printed Name                             Department

_____          ___5/17/17_____
Witness                                  Date



Alere iCup® Product Training

# Certificate of Completion

This is to certify that on 10/15/2019
with a score of 10 / 10

Brandon Finch

successfully completed training on how to perform and interpret the Alere iCup in accordance with manufacturer recommendations.

Janeé Gully, Director, Quality Assurance Privacy Officer
Redwood Toxicology Laboratory

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 9 of 106 PageID #: 829

# COMPLIANT

## TECHNOLOGIES

# G.L.O.V.E. - CEW

## INSTRUCTOR QUALIFICATION

BRANDON FINCH

Granted: February 4th, 2019

*Jeffrey A. Niklaus*

# Personnel Policies

**CERTIFICATION OF ACKNOWLEDGEMENT**
**DRUG & ALCOHOL-FREE WORKPLACE**
**POLICIES AND PROCEDURES**

*I, the undersigned, acknowledge I have viewed the Meade County Government's Certified Drug Free Workplace Training Video and understand the policies and procedures as presented. I further acknowledge I have been presented a copy of the full policy and procedures regarding a drug free workplace, and I agree to follow all policies and procedures as set forth therein. I accept and understand that following these policies and procedures is a condition of my employment or my continued employment with the Meade County Government. I further understand I will be required to annually attend certain training programs concerning substance abuse awareness.*

*Furthermore, I understand that these policies and procedures may be amended at any time.*

_____    5/17/17
**Signature**                **Date**

Brandon Finch            MCDC
**Printed Name**            **Department**

_____    5/17/17
**Witness**                  **Date**

MEADE COUNTY DETENTION CENTER

# POLICY AND PROCEDURE MANUAL
## 2023-2024
### RECORD OF RECEIPT

*(Print only)*

Finch        Brandon        T

Last Name of Deputy,        First        MI

I have received a copy of the Meade County Detention Center's Policy and Procedure Manual. I understand it is my responsibility to read and comply with the jail's policy and procedure manual(s) within thirty (30) days of employment.

1201

Deputy's Signature & Unit #

3/1/24

Date

03/01/2024C:\Users\B finch\Desktop\1201\POLICY DOCS\Policy Procedure Receipt.docx

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 12 of 106 PageID #: 832



**The WRAP**
BY SAFE RESTRAINTS, INC.

# Certificate of Completion

**The Ultimate Safe Restraint System**

This is to certify that



**BRANDON FINCH**

has successfully completed

## The WRAP Instructor Course
by Safe Restraints, Inc.

Course Completion Date

8/21/17

C. Edward Hammond, Instructor

C. Edward Hammond, President
SAFE RESTRAINTS, INC.

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 13 of 106 PageID #: 833



THIS CERTIFICATION IS HEREBY GRANTED TO

# Brandon Finch

The above named is certified as an instructor for TASER Energy Weapons and may certify and train others under Axon's guidelines for TASER Energy Weapon Users.

TOTAL HOURS OF INSTRUCTION: 16 HOURS

In witness whereof. Axon Enterprise. Inc. has caused this certificate to be signed by its authorized representative.

VALID FOR 2 YEARS FROM THE DATE OF COMPLETION

Andy Wrenn
VP: Head of Training

03/21/2024

Expiration Date



# THE **SAFARILAND.**
## TRAINING GROUP
# CERTIFICATE OF COMPLETION

## *Brandon Finch*

### *Meade County Detention Center*

Has Completed the Basic Instructor Course requirements
This certification authorizes you to train staff at your facility only for

## OC Aerosol Projectors– Less Lethal Impact Munitions- Distraction Devices

*JCHain*

Instructor

*Sandy Wall*

Director of Training Sandy Wall



DEFENSE TECHNOLOGY

*September 5, 2019*

Date (expires three years from the date above)

**AXON Academy**

THIS CERTIFICATION IS HEREBY GRANTED TO

# BRANDON FINCH

FOR COMPLETION OF

## TASER CEW INSTRUCTOR CERTIFICATION

VALID FROM: **03/21/2019** THROUGH: **03/21/2021**

This certifies that the above named individual has completed the required 16-hour training program and has passed a writter examination in the use and instruction of TASER X26P, X26 and X2 Conducted Electrical Weapon(s). The above named indiv is hereby certified as a TASER CEW instructor and may certify others as users under the guidelines of TASER Training, in care Axon Academy.

By accepting this TASER CEW Instructor Certificate, the Student accepts the terms of the Training Materials License Agreem incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc.

In witness whereof, Axon Enterprise, Incorporated has caused this certificate to be signed by its duly authorized representati



Kevin Lewis

Certifying Master Instructor

03/21/2019

Date

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 16 of 106 PageID #: 836

# AXON
## TRAINING

**THIS CERTIFICATE OF COMPLETION IS HEREBY GRANTED TO**

## BRANDON FINCH

The above named is certified as an operator for TASER Energy Weapons.

COMPLETED TRAINING FOR THE FOLLOWING TASER ENERGY WEAPON

## X26P TASER ENERGY WEAPON

VALID FOR 1 CALENDAR YEAR FROM THE DATE OF TRAINING COMPLETION

*Sgt Ernest Rutherford* #33

2/1/2025

Issued by
(Certifying Instructor Name)

Issued On
(Date)

AXON ACADEMY · TASER TRAINING



# SABRE.

## Law Enforcement Aerosol Projectors

## Instructor

## Brandon Finch

Has Successfully Completed the Instructor Certification Course for Sabre Law Enforcement Aerosol Projectors

*Don Wieder*                    October 31, 2024          October 31, 2026

Instructor                              Date                        Expiration Date

**SECURITY**
EQUIPMENT CORPORATION

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 17 of 106 PageID #: 837

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 18 of 106 PageID #: 838



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

### CHIEF DEPUTY BRANDON FINCH

*This certifies that the above named individual ("the Student") has completed the training required and has passed a written examination in the use of the TASER _____X26P_____ Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc. This certification must be renewed annually.*

Instructor:_____ Date ___7-4-19___
                        *(name)*



# Certificate of Training

## PepperBall

# INSTRUCTOR – ARMORER

*This is to certify that*

Brandon Finch

*of the*

Meade County Detention Center

*Has successfully completed the PepperBall Instructor / Armorer Training Course*

11/8/2018

Steve Faulkner | Date
Master Instructor | Expires 11/8/2020

Monte Scott, Director of Training

16 HOURS CREDIT

PepperBall is a Division of United Tactical Systems, LLC.

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 19 of 106 PageID #: 839

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 20 of 106 PageID #: 840

# Kentucky Department of Corrections

## Division of Corrections Training

*This certifies that*

### *Brandon Finch*

*has successfully completed the 16 hour*

## **PREA Investigator Course**

*Presented this 19th day of December, 2017*



Joseph Martin, PREA Program Coordinator

KENTUCKY DEPT. OF CORRECTIONS
DIVISION OF CORRECTIONS TRAINING
*Employee Training Application*
PLEASE PRINT THE FOLLOWING INFORMATION

| | |
|---|---|
| **KHRIS ID # or Last 4# SSN**<br>DOC & JAIL Staff only | 9609 |
| **PRINT NAME** | LAST Finch    FIRST Brandon    MI T |
| **JOB TITLE** | Deputy Jailer |
| **FACILITY/DISTRICT** | Meade County Detention Center    **HIRE DATE** 5/29/17 |
| **DATE OF BIRTH MM/DD/YY** | ███████ |
| **GENDER** | *Check one:*    ☒ MALE    ☐ FEMALE |
| **COURSE TITLE** | **2017 PREA INVESTIGATOR TRAINING** |
| **TRAINING SITE** | **CENTRAL REGION TRAINING CENTER** |
| **BEGINNING DATE** | **DECEMBER 18, 2017** |
| **ENDING DATE** | **DECEMBER 19, 2017** |
| **TRAINING CREDIT HOURS** | 16 |
| **OTHER INFO** | |
| **Applicant's Signature:** | *[signature]* |

..............................................................*Official Use Only*..............................................................

**COMMENTS:**

This applicant has completed __16__ hour(s) of training.

*Authorizing Signature:* Joseph Martin

Date: *December 19, 2017*

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 22 of 106 PageID #: 842



# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

BRANDON FINCH

OF MEADE COUNTY DETENTION CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

### TASER X26p, X2 CEW V.23
### USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 5/25/24

INSTRUCTED BY



Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 23 of 106 PageID #: 843

# NATIONAL ANIMAL CARE & CONTROL ASSOCIATION

THIS CERTIFIES THAT

# Brandon Finch

HAS SUCCESSFULLY COMPLETED THE REQUIRED 20-HOUR COURSE OF STUDY AND EXAM
APPROVED BY THE NACA TRAINING & CERTIFICATION BOARDS, AND IS THEREFORE
AWARDED A CERTIFICATE AS A

## NACA ANIMAL CONTROL OFFICER II

PRESENTED ON THIS DAY: June 29, 2021



Dr. Josh Fisher
President
National Animal Care & Control Association

Aaron Gorreil
President
Justice Clearinghouse

# EMERGENCY DAYTIME DRIVING COURSE

Each deputy will complete the Daytime Emergency driving course as instructed. The course is designed to test a deputy's ability to navigate obstacles while operating safely during an emergency response. Deputy's will NOT be timed while taking this course. Speed does play a factor in responding to calls; however, you should never drive faster then what you are capable of driving.

## Objectives:

| | | |
|---|---|---|
| Operate in a controlled manner throughout the course | PASS | FAIL |
| Complete course without knocking cone over | PASS | FAIL |
| Demonstrate proper hand position while operating | PASS | FAIL |
| Display proper backing method | PASS | FAIL |
| Stop completely at each required stop sign (intersection) as directed in class | PASS | FAIL |
| Use proper siren change at intersections | PASS | FAIL |
| Properly clear all intersections as instructed | PASS | FAIL |
| Demonstrate late apex cornering | PASS | FAIL |
| Demonstrate proper controlled braking (panic stop) | PASS | FAIL |

Coure Location:  _Ft. Knox_                              Date:  _4/20/23_

Deputies Name:  _Brandon  Finch_

Instructor's Name:  _Sgt.  E. R. Huf #924_

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 25 of 106 PageID #: 845

**AXON** Academy

# CERTIFICATE OF
# COMPLETION

AWARDED TO

BRANDON FINCH

OF MEADE COUNTY DETENTION
CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26p, X2 CEW V.23
## USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 5/25/24

INSTRUCTED BY



AXON TRAINING
CERTIFIED

# Criminal Justice Information Services
# Security and Privacy Training



This is to certify that

# BRANDON FINCH

has successfully completed the

# Security and Privacy: General Role

05/05/2025

Certification Date



05/05/2026

Expiration Date

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 26 of 106 PageID #: 846

5/9/25, 2:39 PM



logout (/both/logout.asp)

| my page (studentmain.asp) | help (help.asp) | toolbox ↓ (#) |

Home (https://kydoc.crimcast.com/index.asp) > BRANDON FINCH's Page (studentmain.asp) > Check History

### Student

| Name: | **BRANDON FINCH** |
| Date Begin: | **10/17/2017** |
| Title: | **DEPUTY JAILER** |
| Employer: | **Meade County Jail** |
| Required Hours: | **24** |

### Filter

| Academic Year | Show All ✓ |

### Courses

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2025 | **DJIS-01 Sexual Harassment & Ethical Conduct** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-02 Mental Health Issues & Suicide Prevention** | 01/15/2025 | 01/22/2025 | 4 | 4 |
| 2025 | **DJIS-03 Medical Awareness Training** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-04 Report Writing & Jail Documentation** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-05 Staff Sexual Offenses with Offenders & PREA** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-06 Inmate Rights and Staff Liability** | 01/15/2025 | 01/15/2025 | 2 | 2 |
| 2025 | **DJIS-07 Transportation of Offenders** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-08 Ethics & Professionalism** | 01/15/2025 | | 2 | 0 |
| 2025 | **DJIS-09 Situational Awareness** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-10 Self-Defense** | 01/15/2025 | 01/15/2025 | 2 | 2 |
| 2025 | **DJIS-11 Security Procedures - Searches** | 01/15/2025 | | 2 | 0 |
| 2025 | **DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability** | 01/15/2025 | 01/22/2025 | 2 | 2 |
| 2025 | **DJIS-13 Stress Management** | 01/15/2025 | 01/22/2025 | 1 | 1 |
| 2025 | **DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel** | 01/15/2025 | 01/15/2025 | 1 | 1 |
| 2025 | **DJIS-15 OC Spray: Characteristics, Use & Aftercare** | 01/15/2025 | | 0.5 | 0 |
| 2024 | **2024 KJA Fall Conference 01 Professional Ethics from the Top Down** | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | **2024 KJA Fall Conference 02 Conflict Resolution** | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | **2024 KJA Fall Conference 03 You've Been Served** | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | **2024 KJA Fall Conference 04 Duties and Responsibilities** | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | **2024 KJA Fall Conference 05 KY DOC Victim Services Branch** | 12/26/2024 | 12/26/2024 | 1 | 1 |

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 28 of 106 PageID #: 848

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2024 | 2024 KJA Fall Conference 06 Overcoming the Stigma | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Fall Conference 07 Servant Officer Leadership | 12/26/2024 | 12/26/2024 | 4 | 4 |
| 2024 | 2024 KJA Fall Conference 08 Servant Officer Leadership (Continued) | 12/26/2024 | 12/26/2024 | 3 | 3 |
| 2024 | 2024 KJA Fall Conference 11 Managing Mental Illness for Corrections | 12/26/2024 | 12/26/2024 | 4 | 4 |
| 2024 | 2024 KJA Fall Conference 12 Bloodborne Pathogens | 12/26/2024 | 12/26/2024 | 2 | 2 |
| 2024 | 2024 KJA Fall Conference 13 Seth's Law HB 385 | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Fall Conference 17 Roundtable Discussions | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Fall Conference 18 Video Arraignment Technology | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Fall Conference 19 Crisis Intervention Resources | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Summer Conference 00 All Sessions (Per KJA Form) | 12/26/2024 | 12/26/2024 | 23 | 23 |
| 2024 | DJIS-01 Sexual Harassment & Ethical Conduct | 01/30/2024 | 01/30/2024 | 2 | 2 |
| 2024 | DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/30/2024 | 01/30/2024 | 4 | 4 |
| 2024 | DJIS-03 Medical Awareness Training | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-04 Report Writing & Jail Documentation | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-05 Staff Sexual Offenses with Offenders & PREA | 01/30/2024 | | 2 | 0 |
| 2024 | DJIS-06 Inmate Rights and Staff Liability | 01/30/2024 | 01/30/2024 | 2 | 2 |
| 2024 | DJIS-07 Transportation of Offenders | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-08 Ethics & Professionalism | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-09 Situational Awareness | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-10 Self-Defense | 01/30/2024 | 01/30/2024 | 2 | 2 |
| 2024 | DJIS-11 Security Procedures - Searches | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-13 Stress Management | 01/30/2024 | | 1 | 0 |
| 2024 | DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/30/2024 | 01/30/2024 | 1 | 1 |
| 2024 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 02/15/2024 | | 0.5 | 0 |
| 2023 | 2023 KJA Fall Conference 01 Successful Leadership | 11/16/2023 | 11/16/2023 | 2 | 2 |
| 2023 | 2023 KJA Fall Conference 02 Sexual Harassment Considerations | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 03 Color of Law | 11/16/2023 | 11/16/2023 | 2 | 2 |
| 2023 | 2023 KJA Fall Conference 04 Use of Force & Civil Liability | 11/16/2023 | 11/16/2023 | 2 | 2 |
| 2023 | 2023 KJA Fall Conference 05 Drug Recognition & Identification | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 06 Intake Screening: Digging for Hidden Dangers | 11/16/2023 | 11/16/2023 | 1.5 | 1.5 |
| 2023 | 2023 KJA Fall Conference 07 Basics of Intoxication & Withdrawal | 11/16/2023 | 11/16/2023 | 1.5 | 1.5 |
| 2023 | 2023 KJA Fall Conference 08 Intro to De-escalation and Hostage Negotiations | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 09 Learning from the Past/Shaping the Future | 11/16/2023 | 11/16/2023 | 1 | 1 |

Case 3:24-cv-00334-JHM Document 106-13 Filed 02/17/26 Page 29 of 106 PageID #: 849

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2023 | 2023 KJA Fall Conference 10 Questions, Persuade, Refer | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 18 Restraint Chair | 11/16/2023 | 11/16/2023 | 2 | 2 |
| 2023 | 2023 KJA Fall Conference 19 Local Facilities & Administrative Procedures | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 20 Vine | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 21 Classification Program Administrators | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 22 Offender Information | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 23 Parole Services | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 24 Roundtable Discussion with Jailers | 11/16/2023 | 11/16/2023 | 1 | 1 |
| 2023 | 2023 KJA Fall Conference 25 Understanding Correctional Fatigue | 11/16/2023 | 11/16/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 01 Jail Classification | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 03 Supervising Multigenerational Workforce | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 04 Opioid Settlement | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 05 Stress Management | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 06 State GED | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 07 Hands Program | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 08 Fentanyl Exposure | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 10 Re-entry Program for Audits and Compliance | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 11 Procurement | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 12 Jail Medical Issues | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 13 Leadership Strategies for Challenging Employees | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 15 De-escalation | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 16 Crimcast | 06/28/2023 | 06/28/2023 | 1 | 1 |
| 2023 | 2023 KJA Summer Conference 17 K-9 Resources | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 19 Class D Program #2 | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | 2023 KJA Summer Conference 23 Milo Training Simulator #1 | 06/28/2023 | 06/28/2023 | 2 | 2 |
| 2023 | DJIS-01 Sexual Harassment & Ethical Conduct | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/23/2023 | 01/30/2023 | 4 | 4 |
| 2023 | DJIS-03 Medical Emergencies HIV/AIDS/BPP | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-04 Report Writing & Jail Documentation | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-05 Staff Sexual Offenses with Offenders & PREA | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-06 Inmate Rights and Staff Liability | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-07 Transportation of Offenders | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-08 Ethics & Professionalism | 01/23/2023 | | 2 | 0 |
| 2023 | DJIS-09 Situational Awareness | 01/23/2023 | 01/30/2023 | 2 | 2 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2023 | DJIS-10 Self-Defense | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-11 Security Procedures – Searches | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | 01/23/2023 | 01/30/2023 | 2 | 2 |
| 2023 | DJIS-13 Stress Management | 01/23/2023 | | 1 | 0 |
| 2023 | DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/23/2023 | 01/30/2023 | 1 | 1 |
| 2023 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 07/28/2023 | | 0.5 | 0 |
| 2022 | 2022 KJA Summer Conference 03 Wellness Behind the Walls | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 06 Basic & High Risk Transports | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 07 Using Words to Gain Compliance | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 08 Mental Health in Corrections and Suicide Prevention | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 09 Stop the Bleed | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 10 Professional Ethics from the Top Down | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 11 Leadership in Wellness | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 12 Pre-Trial Services: Enhancing Communication | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 13 Re-entry Solutions to Reduce Recidivism | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 15 Open Records: Duties, Responses, and Exemptions | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 16 Security Threat Groups 101 | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 17 Leadership in Transition | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 21 Emerging Legal Issues and Trends for Jailers | 06/20/2022 | 06/20/2022 | 2 | 2 |
| 2022 | 2022 KJA Summer Conference 22 Employment Law: Discipline and Termination | 06/20/2022 | 06/20/2022 | 1 | 1 |
| 2022 | 2022 KJA Summer Conference 25 Defensive Tactics: Preparedness for Active Resistance Response | 06/20/2022 | 06/20/2022 | 4 | 4 |
| 2022 | DJIS 112– MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 02/04/2022 | 02/25/2022 | 4 | 4 |
| 2022 | DJIS 138– Staff Sexual Offenses with Offenders & PREA | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS 300 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 02/04/2022 | 02/25/2022 | 1 | 1 |
| 2022 | DJIS Medical Emergencies HIV/AIDS/BPP | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-012 Sexual Harassment & Ethical Conduct | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-201 Report Writing & Jail Documentation | 01/10/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-202 Inmate Rights and Staff Liability | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-203 Transportation of Offenders | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-204 Ethics & Professionalism | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-205 Self-Defense | 02/04/2022 | 02/25/2022 | 2 | 2 |

5/9/25, 2:39 PM    Crimcast

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2022 | DJIS-206 Security Procedures - Searches | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 02/04/2022 | | 2 | 0 |
| 2022 | DJIS-216 Stress Management | 02/04/2022 | | 1 | 0 |
| 2022 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/10/2022 | | 0.5 | 0 |
| 2022 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-008 MEDICAL PROCEDURES | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-010 TOOL & KEY CONTROL | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-011 OVERVIEW OF THE CRIMINAL JUSTICE SYSTEM | 01/10/2022 | | 1.5 | 0 |
| 2022 | IPSA-012 SECURITY & CLASSIFICATION OF OFFENDERS | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 01/10/2022 | | 1.5 | 0 |
| 2022 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-023 SITUATIONAL AWARENESS | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-102 EMPLOYEE AWARENESS | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-104 SUBSTANCE ABUSE | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-104a DRUG AWARENESS- ID & USAGE | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-107 CHANGING THE LIVES TO BREAK THE CYCLE OF CRIME | 01/10/2022 | | 1 | 0 |
| 2022 | Mental Health/Suicide Prevention | 01/10/2022 | | 4 | 0 |
| 2022 | PBS-131 SUPERVISION OF OFFENDERS | 01/10/2022 | | 2 | 0 |
| 2022 | PPB-009 Dangerous Contraband | 01/10/2022 | | 1.5 | 0 |
| 2022 | SWO-013 Workplace Safety & Ergonomics | 01/10/2022 | 02/25/2022 | 1 | 1 |
| 2022 | SWO-025 Communication Skills | 01/10/2022 | | 1 | 0 |
| 2021 | COVID-19 | 01/25/2021 | 01/28/2021 | 1 | 1 |
| 2021 | COVID-19 Protective Measures | 01/25/2021 | 01/28/2021 | 1 | 1 |
| 2021 | DJIS - 207 Medical Emergencies HIV/AIDS/BPP | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS 112- MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/25/2021 | 01/28/2021 | 4 | 4 |
| 2021 | DJIS 138- Staff Sexual Offenses with Offenders & PREA | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS 300 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/25/2021 | 01/28/2021 | 1 | 1 |
| 2021 | DJIS-012 Sexual Harassment & Ethical Conduct | 09/20/2021 | | 2 | 0 |
| 2021 | DJIS-200 Situational Awareness | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-201 Report Writing & Jail Documentation | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-202 Inmate Rights and Staff Liability | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-203 Transportation of Offenders | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-204 Ethics & Professionalism | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-205 Self-Defense | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-206 Security Procedures - Searches | 01/25/2021 | 01/28/2021 | 2 | 2 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2021 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-216 Stress Management | 01/25/2021 | 01/28/2021 | 1 | 1 |
| 2021 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/25/2021 | 01/28/2021 | 0.5 | 0.5 |
| 2021 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 10/04/2021 | | 1 | 0 |
| 2021 | IPSA-007 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 10/04/2021 | | 1 | 0 |
| 2021 | IPSA-008 MEDICAL PROCEDURES | 10/04/2021 | | 1 | 0 |
| 2021 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 10/04/2021 | | 2 | 0 |
| 2021 | IPSA-010 TOOL & KEY CONTROL | 10/08/2021 | | 2 | 0 |
| 2021 | IPSA-011 OVERVIEW OF THE CRIMINAL JUSTICE SYSTEM | 11/17/2021 | | 1.5 | 0 |
| 2021 | IPSA-012 SECURITY & CLASSIFICATION OF OFFENDERS | 11/17/2021 | | 2 | 0 |
| 2021 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 11/17/2021 | | 1.5 | 0 |
| 2021 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 11/02/2021 | | 2 | 0 |
| 2021 | IPSA-023 SITUATIONAL AWARENESS | 10/08/2021 | | 1 | 0 |
| 2021 | IPSA-102 EMPLOYEE AWARENESS | 10/08/2021 | | 2 | 0 |
| 2021 | IPSA-104 SUBSTANCE ABUSE | 10/25/2021 | | 1 | 0 |
| 2021 | IPSA-104a DRUG AWARENESS- ID & USAGE | 11/17/2021 | | 1 | 0 |
| 2021 | PPB-009 Dangerous Contraband | 01/26/2021 | 01/28/2021 | 1.5 | 1.5 |
| 2021 | SWO-013 Workplace Safety & Ergonomics | 09/20/2021 | | 1 | 0 |
| 2021 | SWO-018 Safety Procedures & Responsible Operation of State Vehicles | 09/20/2021 | | 1 | 0 |
| 2021 | SWO-025 Communication Skills | 09/20/2021 | | 1 | 0 |
| 2020 | CCDC-001 Safety and Security | 01/14/2020 | 01/14/2020 | 1 | 1 |
| 2020 | CCDC-003 Avoiding Manipulation | 01/14/2020 | 01/14/2020 | 1.5 | 1.5 |
| 2020 | DJIS-012 Sexual Harassment & Ethical Conduct | 01/14/2020 | 01/14/2020 | 2 | 2 |
| 2020 | DJIS-112 Mental Health Issues & Suicide Prevention | 01/14/2020 | 01/21/2020 | 4 | 4 |
| 2020 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 01/14/2020 | 01/14/2020 | 2 | 2 |
| 2020 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 01/14/2020 | 01/21/2020 | 1 | 1 |
| 2020 | DJIS-200 Situational Awareness | 08/07/2020 | | 2 | 0 |
| 2020 | DJIS-201 Report Writing & Jail Documentation | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | DJIS-202 Inmate Rights and Staff Liability | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | DJIS-203 Transportation of Offenders | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | DJIS-204 Ethics & Professionalism | 08/07/2020 | | 2 | 0 |
| 2020 | DJIS-205 Self-Defense | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | DJIS-206 Security Procedures - Searches | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/14/2020 | 01/22/2020 | 2 | 2 |
| 2020 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/14/2020 | 01/14/2020 | 0.5 | 0.5 |
| 2019 | 2019 CRTC Less Lethal Instructor (9/3-9/6) | 09/10/2019 | 09/10/2019 | 32 | 32 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2019 | **2019 CRTC TASER Instructor Couse** | 03/25/2019 | 03/25/2019 | **16** | 16 |
| 2019 | **2019 KJA Fall Conference 01 Mental Health and Suicide Awareness** | 12/17/2019 | 12/17/2019 | **2** | 2 |
| 2019 | **2019 KJA Fall Conference 02 Workers Compensation** | 12/17/2019 | 12/17/2019 | **2** | 2 |
| 2019 | **2019 KJA Fall Conference 03 De-Escalation** | 12/17/2019 | 12/17/2019 | **2** | 2 |
| 2019 | **2019 KJA Fall Conference 04 De-Escalation** | 12/17/2019 | 12/17/2019 | **4** | 4 |
| 2019 | **2019 KJA Fall Conference 06 Controlling Gossip in the Workplace** | 12/17/2019 | 12/17/2019 | **1** | 1 |
| 2019 | **2019 KJA Fall Conference 09 Fingerprinting Statistics & Monthly Reporting** | 12/17/2019 | 12/17/2019 | **1** | 1 |
| 2019 | **2019 KJA Fall Conference 10 Transgender Awareness** | 12/17/2019 | 12/17/2019 | **1** | 1 |
| 2019 | **2019 KJA Fall Conference 12 Fentanyl Awareness and Response** | 12/17/2019 | 12/17/2019 | **1** | 1 |
| 2019 | **2019 KJA Fall Conference 13 What's Jails Got to Do With Parole Hearings?** | 12/17/2019 | 12/17/2019 | **1** | 1 |
| 2019 | **2019 KJA Fall Conference 14 Barriers to Reentry** | 12/17/2019 | 12/17/2019 | **0.5** | 0.5 |
| 2019 | **2019 KJA Fall Conference 15 Introduction to KOMS** | 12/17/2019 | 12/17/2019 | **0.5** | 0.5 |
| 2019 | **2019 KJA Fall Conference 16 Guest Speaker Paul Butler** | 12/17/2019 | 12/17/2019 | **4** | 4 |
| 2019 | **2019 KJA Summer Conference 01 Use of Force** | 06/11/2019 | 06/11/2019 | **4** | 4 |
| 2019 | **2019 KJA Summer Conference 02 Color of Law** | 06/11/2019 | 06/11/2019 | **4** | 4 |
| 2019 | **2019 KJA Summer Conference 03-B Finance** | 06/11/2019 | 06/11/2019 | **2** | 2 |
| 2019 | **2019 KJA Summer Conference 05 Code of Ethics** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 06-B Basic & High Risk Transports – 1st Session** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 07-B Basic & High Risk Transport –2nd Session** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 08 Interpersonal Communications for Front Line Supervisors** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 09 What is Contraband** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 10 Inmate Classification** | 06/11/2019 | 06/11/2019 | **1.5** | 1.5 |
| 2019 | **2019 KJA Summer Conference 11 Why are Cell Phones Dangerous Contraband** | 06/11/2019 | 06/11/2019 | **1.5** | 1.5 |
| 2019 | **2019 KJA Summer Conference 12 Transgender & PREA** | 06/11/2019 | 06/11/2019 | **2** | 2 |
| 2019 | **2019 KJA Summer Conference 13 Transporting Basics / Inmate Rights** | 06/11/2019 | 06/11/2019 | **2** | 2 |
| 2019 | **2019 KJA Summer Conference 16 Evidence Collection & Preservation / Case Procedures** | 06/11/2019 | 06/11/2019 | **2** | 2 |
| 2019 | **2019 KJA Summer Conference 17 Bond Paperwork** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **2019 KJA Summer Conference 18 Cell Searches & Shakedowns** | 06/11/2019 | 06/11/2019 | **1** | 1 |
| 2019 | **CCDC-004 Report Writing** | 01/14/2019 | 01/14/2019 | **2** | 2 |
| 2019 | **DJIS-012 Sexual Harassment & Ethical Conduct** | 01/14/2019 | 01/15/2019 | **2** | 2 |
| 2019 | **DJIS-112 Mental Health Issues & Suicide Prevention** | 01/14/2019 | 01/14/2019 | **4** | 4 |
| 2019 | **DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV** | 01/14/2019 | 01/14/2019 | **2** | 2 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2019 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 01/14/2019 | 01/15/2019 | 1 | 1 |
| 2019 | DJIS-200 Situational Awareness | 01/14/2019 | 01/14/2019 | 2 | 2 |
| 2019 | DJIS-201 Report Writing & Jail Documentation | 01/14/2019 | 01/14/2019 | 2 | 2 |
| 2019 | DJIS-202 Inmate Rights and Staff Liability | 01/14/2019 | 01/14/2019 | 2 | 2 |
| 2019 | DJIS-203 Transportation of Offenders | 01/14/2019 | 01/14/2019 | 2 | 2 |
| 2019 | DJIS-204 Ethics & Professionalism | 01/14/2019 | 02/06/2019 | 2 | 2 |
| 2019 | DJIS-205 Self-Defense | 01/14/2019 | 01/14/2019 | 2 | 2 |
| 2019 | DJIS-206 Security Procedures - Searches | 01/14/2019 | 01/21/2020 | 2 | 2 |
| 2019 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/14/2019 | 02/06/2019 | 2 | 2 |
| 2019 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/14/2019 | 02/06/2019 | 0.5 | 0.5 |
| 2019 | MONTGOMERY COUNTY OC RECERT/NEW 1/2019 | 02/11/2019 | 02/11/2019 | 8 | 8 |
| 2018 | 2018 KJA Fall Conf Correctional Fatigue | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Current State of Cyber Crimes | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Hard Facts About Soft Skills | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Human Trafficking | 12/14/2018 | 12/14/2018 | 2 | 2 |
| 2018 | 2018 KJA Fall Conf Jailers Legal Liability and Insurance Coverage | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Open Records Laws and Updates | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Pocketed Payments | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Sexual Harassment | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf State Inmate Work Release | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Stopping the Hepatitis A Outbreak in Jails | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Team Work in Motion | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Total Opiates Program | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | DJIS-012 Sexual Harassment & Ethical Conduct | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-112 Mental Health Issues & Suicide Prevention | 01/08/2018 | 02/14/2018 | 4 | 4 |
| 2018 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 01/08/2018 | 02/14/2018 | 1 | 1 |
| 2018 | DJIS-201 Report Writing & Jail Documentation | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-202 Inmate Rights and Staff Liability | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-203 Transportation of Offenders | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-204 Ethics & Professionalism | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-204 Situational Awareness | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-205 Self-Defense | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-206 Security Procedures - Searches | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/08/2018 | 02/14/2018 | 2 | 2 |
| 2018 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/29/2018 | 02/14/2018 | 0.5 | 0.5 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2018 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 06/25/2018 | 07/01/2018 | 1 | 1 |
| 2018 | IPSA-007 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 06/25/2018 | 07/01/2018 | 1 | 1 |
| 2018 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 06/25/2018 | | 2 | 0 |
| 2018 | IPSA-010 TOOL & KEY CONTROL | 06/25/2018 | | 2 | 0 |
| 2018 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 06/25/2018 | 07/01/2018 | 1.5 | 1.5 |
| 2018 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 07/02/2018 | | 2 | 0 |
| 2018 | IPSA-023 SITUATIONAL AWARENESS | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-050 SAFE OPERATION OF 15 PASSENGER VAN | 06/25/2018 | | 0.5 | 0 |
| 2018 | IPSA-102 EMPLOYEE AWARENESS | 06/25/2018 | 07/01/2018 | 2 | 2 |
| 2018 | IPSA-104 SUBSTANCE ABUSE | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-104a DRUG AWARENESS- ID & USAGE | 07/02/2018 | | 1 | 0 |
| 2018 | IPSA-107 CHANGING THE LIVES TO BREAK THE CYCLE OF CRIME | 06/25/2018 | | 1 | 0 |
| 2018 | M-001 Dealing with Deaf and Hard of Hearing Offenders | 06/25/2018 | 07/01/2018 | 3 | 3 |
| 2017 | 2017 CRTC PREA INVESTIGATOR TRAINING (DEC 18-19) | 01/17/2018 | 01/17/2018 | 16 | 16 |
| 2017 | Campbell County Detention Center PREA Refresher | 06/13/2017 | | 1.5 | 0 |
| 2017 | CCDC-001 Safety and Security | 06/13/2017 | | 1 | 0 |
| 2017 | CCDC-003 Avoiding Manipulation | 06/13/2017 | | 1.5 | 0 |
| 2017 | CCDC-004 Report Writing | 06/13/2017 | 10/30/2017 | 2 | 2 |
| 2017 | CCDC-006 Inmate Grievances | 06/13/2017 | | 1 | 0 |
| 2017 | Deputy Jailer Direct Supervision | 10/19/2017 | 10/30/2017 | 8 | 8 |
| 2017 | DJIS-012 Sexual Harassment & Ethical Conduct | 06/13/2017 | | 2 | 0 |
| 2017 | DJIS-112 Mental Health Issues & Suicide Prevention | 06/13/2017 | 10/28/2017 | 4 | 4 |
| 2017 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 06/13/2017 | | 2 | 0 |
| 2017 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 06/13/2017 | | 1 | 0 |
| 2017 | DJIS-201 Report Writing & Jail Documentation | 06/13/2017 | | 2 | 0 |
| 2017 | DJIS-202 Inmate Rights and Staff Liability | 06/13/2017 | 10/30/2017 | 2 | 2 |
| 2017 | DJIS-203 Transportation of Offenders | 06/13/2017 | | 2 | 0 |
| 2017 | DJIS-204 Ethics & Professionalism | 06/13/2017 | | 2 | 0 |
| 2017 | DJIS-204 Situational Awareness | 06/13/2017 | 10/30/2017 | 2 | 2 |
| 2017 | DJIS-205 Self-Defense | 06/13/2017 | 10/30/2017 | 2 | 2 |
| 2017 | DJIS-206 Security Procedures - Searches | 06/13/2017 | 10/28/2017 | 2 | 2 |
| 2017 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 06/13/2017 | 10/28/2017 | 2 | 2 |
| 2017 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 06/13/2017 | | 0.5 | 0 |
| 2017 | Gen-001 Livescan Training Fingerprinting System | 06/13/2017 | | 1 | 0 |
| 2017 | Gen-002 Livescan Training Fingerprinting System | 06/13/2017 | | 1 | 0 |
| 2017 | Gen-003 Livescan Training Fingerprinting System | 06/13/2017 | | 1 | 0 |

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 36 of 106 PageID #: 856

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2012 | CC-009 SUICIDE PRECAUTIONS & RISKS | 01/13/2012 | | 0.5 | 0 |
| 2012 | CC-130 SECURITY & SAFETY PROCEDURES | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-005 INTRO TO CODE OF ETHICS | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-011 OVERVIEW OF THE CRIMINAL JUSTICE SYSTEM | 01/13/2012 | | 1.5 | 0 |
| 2012 | COBA-012 SECURITY & CLASSIFICATION OF INMATES | 01/13/2012 | | 2 | 0 |
| 2012 | COBA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 01/13/2012 | | 2 | 0 |
| 2012 | COBA-017 INTRO TO INMATE RULES & DISCIPLINE | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-023 SUPERVISION OF OFFENDERS | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-102 EMPLOYEE AWARENESS | 01/13/2012 | | 2 | 0 |
| 2012 | COBA-104 SUBSTANCE ABUSE | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-104a DRUG AWARENESS- ID & USAGE | 01/13/2012 | | 1 | 0 |
| 2012 | COBA-107 CHANGING THE LIVES TO BREAK THE CYCLE OF CRIME | 01/13/2012 | | 1 | 0 |
| 2012 | CTR-001 Introduction to Computer Based Training | 01/04/2011 | 01/08/2011 | 1 | 1 |
| 2012 | CTR-003 Tour of KY Adult Institutions | 01/04/2011 | 01/08/2011 | 4 | 4 |
| 2012 | DJ-006 (ELECTIVE) INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 01/13/2012 | | 0.5 | 0 |
| 2012 | DJ-007 (REQ) EMPLOYEE SEXUAL MISCONDUCT WITH OFFENDERS & PREA | 01/13/2012 | | 1 | 0 |
| 2012 | DJ-008 (NEW HIRES) MEDICAL PROCEDURES | 01/13/2012 | | 2 | 0 |
| 2012 | DJ-008a (REQ) MEDICAL HEALTH AIDS/HIV | 01/13/2012 | | 2 | 0 |
| 2012 | DJ-112 (REQ) 501 KAR 3:140 MENTAL HEALTH ISSUES & SUICIDE PREVENTION | 01/13/2012 | | 4 | 0 |
| 2011 | M002 Personnel Processing 2011 | 01/04/2011 | 01/10/2011 | 4 | 4 |
| 2011 | M005 Introduction to Code of Ethics 2011 | 01/04/2011 | 01/10/2011 | 1 | 1 |
| 2011 | M006 Introduction to Sexual Harassment & Anti-Harassment 2011 | 01/04/2011 | 01/10/2011 | 1 | 1 |
| 2011 | M008 Medical Procedures 2011 | 01/05/2011 | 02/24/2011 | 1 | 1 |
| 2011 | M008a Medical Procedures AIDS/HIV 2011 | 01/05/2011 | 02/24/2011 | 2 | 2 |
| 2011 | M009 Suicide Precautions & Risks | 01/04/2011 | 01/10/2011 | 0.5 | 0.5 |
| 2011 | M009a Introduction to Suicide Awareness 2011 | 01/04/2011 | 01/10/2011 | 1 | 1 |
| 2011 | M012 Security and Classification of Inmates 2011 | 01/04/2011 | 02/24/2011 | 2 | 2 |
| 2011 | M015 Introduction to Report Writing 2011 | 01/04/2011 | | 1 | 0 |
| 2011 | M018 Introduction to Use of Radios 2011 | 01/04/2011 | | 0.5 | 0 |
| 2011 | M022 Dangerous Contraband | 01/04/2011 | | 1.5 | 0 |
| 2010 | M002 Personnel Processing | 02/18/2010 | 04/01/2010 | 5 | 5 |
| 2010 | M005 Introduction to Code of Ethics | 02/18/2010 | 04/01/2010 | 1 | 1 |
| 2010 | M006 Introduction to Sexual Harassment & Anti-Harassment | 02/18/2010 | 04/02/2010 | 1 | 1 |
| 2010 | M007 Employee Sexual Misconduct with Offenders and PREA | 02/18/2010 | 04/02/2010 | 1 | 1 |
| 2010 | M008 Medical Procedures 2010-2012 | 02/18/2010 | 04/02/2010 | 1 | 1 |

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 37 of 106 PageID #: 857

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2010 | M008a Medical Procedures AIDS/HIV 2010-2012 | 02/18/2010 | | 2 | 0 |
| 2010 | M009 Introduction to Suicide Awareness | 02/18/2010 | 04/02/2010 | 1 | 1 |
| 2010 | M010 Tool and Key Control | 02/18/2010 | | 2 | 0 |
| 2010 | M011 Overview of The Criminal Justice System | 02/18/2010 | | 1.5 | 0 |
| 2010 | M012 Security and Classification of Inmates | 02/18/2010 | 04/29/2010 | 2 | 2 |
| 2010 | M015 Introduction to Report Writing | 02/18/2010 | | 1 | 0 |
| 2010 | M016 Interpersonal Relations/Counseling Techniques | 02/18/2010 | | 2 | 0 |
| 2010 | M017 Introduction to Inmate Rules and Discipline | 02/18/2010 | | 1 | 0 |
| 2010 | M018 Introduction to Use of Radios | 02/18/2010 | 05/10/2010 | 0.5 | 0.5 |
| 2010 | M022 Dangerous Contraband | 02/18/2010 | 05/10/2010 | 1.5 | 1.5 |
| 2010 | M028 Use of Force | 02/18/2010 | 05/10/2010 | 1 | 1 |
| 2010 | M041 Employee Sexual Misconduct with Offenders and PREA | 02/18/2010 | | 2 | 0 |
| 2010 | M049 Report Writing and Special Reports | 02/18/2010 | | 1.5 | 0 |
| 2010 | M050 Safe Operation of 15 Passenger Vans | 02/18/2010 | | 0.5 | 0 |
| 2010 | M051 Evidence Preservation and Collection | 02/18/2010 | | 1.5 | 0 |
| 2010 | M052 Open Records & Confidentiality Issues | 02/18/2010 | | 1 | 0 |
| 2010 | M053 Overview of The Criminal Justice System | 02/18/2010 | | 1.5 | 0 |
| 2010 | M054 Dynamics of Domestic Violence and Sexual Assualt | 02/18/2010 | | 2 | 0 |
| 2010 | M055 Courtroom Testimony | 02/18/2010 | | 1 | 0 |
| 2010 | M102 Employee Awareness | 02/18/2010 | | 2 | 0 |
| 2010 | M104 Substance Abuse | 02/18/2010 | 05/27/2010 | 1 | 1 |
| 2010 | M104a Drug Awarness: Identification and Usage | 02/18/2010 | | 1 | 0 |
| 2008 | M005 Code of Ethics (Jan-Jun 08) | 11/21/2008 | 11/27/2008 | 1.5 | 1.5 |
| 2008 | M005 Introduction to Code of Ethics | 11/21/2008 | 12/02/2008 | 1 | 1 |
| 2008 | M009 Introduction to Suicide Awareness | 11/21/2008 | 12/02/2008 | 1 | 1 |
| 2008 | M010 Tool and Key Control | 12/08/2008 | 12/12/2008 | 2 | 2 |
| 2008 | M015 Introduction to Report Writing | 12/08/2008 | 12/16/2008 | 1 | 1 |
| 2008 | M015 Report Writing | 12/08/2008 | 12/16/2008 | 1.5 | 1.5 |
| 2008 | M017 Introduction to Inmate Rules and Discipline | 12/08/2008 | 12/12/2008 | 1 | 1 |
| 2008 | M018 Introduction to Use of Radios | 12/08/2008 | 12/16/2008 | 0.5 | 0.5 |
| 2008 | M029 Suicide Precautions | 11/21/2008 | 12/02/2008 | 1 | 1 |
| 2008 | M049 Report Writing and Special Reports | 12/08/2008 | 12/16/2008 | 1.5 | 1.5 |
| 2008 | M051 Evidence Preservation and Collection | 12/08/2008 | 12/16/2008 | 1.5 | 1.5 |
| 2008 | M052 Open Records | 12/08/2008 | | 1 | 0 |
| 2008 | M078 Mental Health Issues | 11/21/2008 | 12/02/2008 | 3 | 3 |
| 2008 | M102 Employee Awareness | 12/08/2008 | 12/17/2008 | 2 | 2 |

Crimcast

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2008 | M104 Substance Abuse/Drug Awareness | 12/08/2008 | | 2 | 0 |

Total Earned: **539.5** out of **694**

Crimcast is a product of CorrectionsMedia.com (http://www.correctionsmedia.com), © copyright 2001 - 2025, all rights reserved.

**DEFENDANT'S EXHIBIT**

**2**

 **Colibri Healthcare**

Colibri Healthcare, LLC | PO BOX 997432
Sacramento | California | 95899
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 4 contact hour(s) of Assessment and Prevention of Suicide for Healthcare Professionals, 2nd Edition

Completion Date: 10/28/2024

*Amberly Wagner-Connolly DNP, FNP-C,* Accredited Provider Program Director

 Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation. (ANCC Provider # P0456)

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2026), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #16020; valid through December 31, 2025); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2025); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



Colibri
Healthcare

Colibri Healthcare, LLC | PO BOX 997432
Sacramento | California | 95899
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 5 contact hour(s) of Stroke Management in the Acute Care Setting

Completion Date: 10/28/2024

*Amberly Wagner-Connolly DNP, FNP-C*, Accredited Provider Program Director

 Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation. (ANCC Provider # P0456)

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2026), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15068, PT Provider #15020; valid through December 31, 2025); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2025); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.

 **Colibri Healthcare**

Colibri Healthcare, LLC | PO BOX 997432
Sacramento | California | 95899
Toll-Free 1.888.857.6320
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 2 contact hour(s) of Mental Health Disorders in the United States Veteran Population

Completion Date: 10/28/2024

*Amberly Wagner-Connolly DNP, FNP-C,* Accredited Provider Program Director

Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation. (ANCC Provider # P0456)

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2026), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2025); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2025); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.


Colibri Healthcare

Colibri Healthcare, LLC | PO BOX 997432
Sacramento | California | 95899
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 3 contact hour(s) of Acute Respiratory Distress Syndrome: Diagnosis and Trends in Management

Completion Date: 10/28/2024

*Amberly Wagner-Connolly DNP, FNP-C*, Accredited Provider Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation. (ANCC Provider # P0456)

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2026), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2025); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2025); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.




Colibri
Healthcare

Colibri Healthcare, LLC | 26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 6 contact hour(s) of Basic Psychiatric Concepts

Completion Date: 10/25/2023

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE,* Accredited Provider

Program Director

Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



**Colibri Healthcare**

Colibri Healthcare, LLC | 26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 2 contact hour(s) of Rehabilitation of the Older Adult

Completion Date: 10/25/2023

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2026); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V16058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

### 2047159

Has successfully completed 3 contact hour(s) of Management of Anxiety and Depression for Healthcare Professionals

Completion Date: 10/25/2023

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023; Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 3 contact hour(s) of Recognizing the Warning Signs of Pediatric Headaches

Completion Date: 10/25/2023

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE,* Accredited Provider

Program Director

 Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023); Michigan Board of Nursing, Provider #50-4007; Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.

**Colibri**
**Healthcare**

Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

### 2047159

Has successfully completed 3 contact hour(s) of Pediatric Pharmacology: Immunizations - N33530

Completion Date: 10/17/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider #V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023). Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00; Continuing Education.



Colibri
Healthcare

Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 2 contact hour(s) of LGBTQ for Health Care Professionals Improving Access to Care - N47880

Completion Date: 10/17/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 6, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023), Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



Colibri
Healthcare

Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

### 2047159

Has successfully completed 3 contact hour(s) of Basic ECG Recognition and Interpretation - N31978

Completion Date: 10/17/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider
Program Director

 Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by; Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023). Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.



Colibri Healthcare, LLC | 26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 2 contact hour(s) of Suicide Prevention for Kentucky Nurses

Completion Date: 10/17/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director



Colibri Healthcare, LLC-is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023). Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.

 **Colibri
Healthcare**

Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

### 2047159

Has successfully completed 2 contact hour(s) of An Overview of Geriatric Care

Completion Date: 10/14/2022       *Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider

Program Director

 Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the
American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama
Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California
Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a
period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058,
PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing,
Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December
31, 2023). Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of
Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider
#50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing
Education.


**Colibri Healthcare**

Colibri Healthcare, LLC | 26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

2047159

Has successfully completed 1.5 contact hour(s) of What Lies Beneath: Implicit Bias in Healthcare

Completion Date: 10/14/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE*, Accredited Provider
Program Director



Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023), Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.

 

Colibri Healthcare

Colibri Healthcare, LLC
(formerly Elite Professional Education, LLC)
26 N. Beach St. | Suite A
Ormond Beach | Florida | 32174
Toll-Free 1.888.857.6920
Email: office@elitelearning.com

# Certificate of Completion

## Amber Dawn Brown

### 2047159

Has successfully completed 4 contact hour(s) of Management of Addiction, Withdrawal, and Overdose

Completion Date: 10/14/2022

*Deborah Martin DNP, MBA, RN, NE-BC, FACHE,* Accredited Provider

Program Director

Colibri Healthcare, LLC is accredited as a provider of nursing continuing professional development by the American Nurses Credentialing Center's Commission on Accreditation.

In addition to states that accept ANCC, Colibri Healthcare, LLC is an approved provider of continuing education in nursing by: Alabama Board of Nursing, Provider #ABNP1418 (valid through February 5, 2025); Arkansas State Board of Nursing, Provider #50-4007; California Board of Registered Nursing, Provider #CEP17480 (valid through January 31, 2024), this document must be retained by the licensee for a period of four years after the course concludes; California Board of Vocational Nursing and Psychiatric Technicians (LVN Provider # V15058, PT Provider #15020; valid through December 31, 2023); District of Columbia Board of Nursing, Provider #50-4007; Florida Board of Nursing, Provider #50-4007; Georgia Board of Nursing, Provider #50-4007; Kentucky Board of Nursing, Provider #7-0076 (valid through December 31, 2023). Mississippi Board of Nursing, Provider #50-4007; New Mexico Board of Nursing, Provider #50-4007; North Dakota Board of Nursing, Provider #50-4007; South Carolina Board of Nursing, Provider #50-4007; and West Virginia Board of Registered Nurses, Provider #50-4007. This CE program satisfies the Massachusetts States Board's regulatory requirements as defined in 244 CMR5.00: Continuing Education.

| AMBER BROWN |
| Deputy Jailers, DEPUTY JAILER |
| Shift: 1 |
| Required Hours: 24 |
| Status: Active |

| Course | Type | Status | Hours | Credit Completed | Academic Year |
|---|---|---|---|---|---|
| 2024 KJA Fall Conference 01 Professional Ethics from the Top Down | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 02 Conflict Resolution | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 03 You've Been Served | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 04 Duties and Responsibilities | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 05 KY DOC Victim Services Branch | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 06 Overcoming the Stigma | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 07 Servant Officer Leadership | Offline Course | Pass | 4 | 4 | 2024 |
| 2024 KJA Fall Conference 08 Servant Officer Leadership (Continued) | Offline Course | Pass | 3 | 3 | 2024 |
| 2024 KJA Fall Conference 11 Managing Mental Illness for Corrections | Offline Course | Pass | 4 | 4 | 2024 |
| 2024 KJA Fall Conference 12 Bloodborne Pathogens | Offline Course | Pass | 2 | 2 | 2024 |
| 2024 KJA Fall Conference 13 Seth's Law HB 385 | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 17 Roundtable Discussions | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 18 Video Arraignment Technology | Offline Course | Pass | 1 | 1 | 2024 |
| 2024 KJA Fall Conference 19 Crisis Intervention Resources | Offline Course | Pass | 1 | 1 | 2024 |
| DJIS-01 Sexual Harassment & Ethical Conduct | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | Online ONLY | Pass | 4 | 4 | 2024 |
| DJIS-03 Medical Awareness Training | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-04 Report Writing & Jail Documentation | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-05 Staff Sexual Offenses with Offenders & PREA | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-06 Inmate Rights and Staff Liability | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-07 Transportation of Offenders | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-08 Ethics & Professionalism | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-09 Situational Awareness | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-10 Self-Defense | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-11 Security Procedures - Searches | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | Online ONLY | Pass | 2 | 2 | 2024 |
| DJIS-13 Stress Management | Online ONLY | Pass | 1 | 1 | 2024 |
| DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | Online ONLY | Pass | 1 | 1 | 2024 |
| E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | Online ONLY | Not Started | 0.5 | 0 | 2024 |
| Total Earned: | 51 out of 51.5 | | | | |

**AMBER BROWN**

**Deputy Jailers, DEPUTY JAILER**

**Shift: 1**

**Required Hours: 24**

**Status: Active**

| Course | Type | Status | Hours | Credit Completed | Academic Year |
|---|---|---|---|---|---|
| DJIS-01 Sexual Harassment & Ethical Conduct | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | Online ONLY | Pass | 4 | 4 | 2023 |
| DJIS-03 Medical Emergencies HIV/AIDS/BPP | Online ONLY | Not Started | 2 | 0 | 2023 |
| DJIS-04 Report Writing & Jail Documentation | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-05 Staff Sexual Offenses with Offenders & PREA | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-06 Inmate Rights and Staff Liability | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-07 Transportation of Offenders | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-08 Ethics & Professionalism | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-09 Situational Awareness | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-10 Self-Defense | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-11 Security Procedures - Searches | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | Online ONLY | Pass | 2 | 2 | 2023 |
| DJIS-13 Stress Management | Online ONLY | Pass | 1 | 1 | 2023 |
| DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | Online ONLY | Pass | 1 | 1 | 2023 |
| E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | Online ONLY | Not Started | 0.5 | 0 | 2023 |
| Total Earned: | 26 out of 28.5 | | | | |

MEADE COUNTY DETENTION CENTER

# POLICY AND PROCEDURE MANUAL
## 2023-2024
## RECORD OF RECEIPT

*(Print only)*

_Brown_         _Amber_       _D._
Last Name of Deputy,       First        MI

I have received a copy of the Meade County Detention Center's Policy and Procedure Manual. I understand it is my responsibility to read and comply with the jail's policy and procedure manual(s) within thirty (30) days of employment.

_Amber Brown_
Deputy's Signature & Unit #

_3/1/2024_
Date

03/01/2024C:\Users\B finch\Desktop\[201\POLICY DOCS\Policy Procedure Receipt.doox

Amber Brown

Title: Medical Assistant Supervisor
Department: Meade County Detention Center
Supervisor: Jailer / Chief Deputy

**Job Summary**

Under the coordination of the Nurse Practitioner, assists in the provision of health services to jail inmates.; conducts medical assessments of inmates; assists Physician or Nurse Practitioner in examining inmates responding to sick call; addresses medical issues by following nursing protocols and physician orders; administers medications.

**Duties**

- Orders, fills, and distributes medication per the Nurse Practitioner's orders
- Consults with inmates and family members concerning medication or medical issues
- Collects and responds in a timely manner to inmate medical request slips
- Reviews the medical background and condition of new inmates, including booking information.
- Determines the need for the attention of the Nurse Practitioner or Physician, sets priorities and schedules outside visits when necessary.
- Consults with the Nurse Practitioner or other physicians as necessary on health care issues
- When necessary, schedules tests and appointments with other health agencies including the dentist, x-ray, laboratories and others
- Assists and examines inmates reporting for sick call, includes gathering medical information from the inmate, taking vital signs, drawing blood as necessary, giving shots, and otherwise assisting the Nurse Practitioner or Physician.
- Helps develop special treatment plans for inmates with various health conditions
- Sees inmates for medical emergencies and determines appropriate follow-up.
- Changes bandages and provides other immediate assistance
- Responsible for obtaining blood and other specimens and packaging and transportation of specimens
- While on duty coordinates referrals to mental health staff including mental health triage
- Stocks medical carts and dispenses over-the-counter medicines, creams and lotions
- Files inmate medical files
- Maintains inmate health records and keeps the (MAR) updated and current
- Assist food service staff in dealing with special dietary issues
- Conducts on-call consultations with jail personnel concerning inmate health needs or staff questions
- Orders and re-stocks medical supplies, including insulin supplies, exam room supplies, etc.
- Responsible for consulting with the jailer and keeping him informed of current medical issues within the facility
- Responsible for providing information to the appropriate department when a state inmate is placed on sick leave from a job site
- Supervises Medical Assistants and oversees operation of the Medical Department.
- Conduct medical training of jail personnel and maintain up to date records of training.
- Responsible for keeping the Jailer and Chief Deputy informed of any medical emergencies affecting the jail.
- Advises Office Manager of medical charges for inmates
- Performs other duties as assigned by the Jailer or Chief Deputy.
- On call responsibilities:  Answer/ respond to calls, texts or emails from jail staff regarding any duties outlined in this job description, reporting to the facility when necessary, or as directed by the Jailer or Chief Deputy.

**Minimum Requirements**

High School Graduate; completion of the curriculum as a Licensed Practical Nurse from an accredited college; one year of experience in medical nursing; licensed as a Practical Nurse in the State of Kentucky; pass background check and drug test

**Abilities Required**

Ability to understand and follow verbal or written communications; write in a clear and legible manner; deal with inmates in a positive, firm and impartial manner; learn, understand and follow administrative policies, procedures, rules and regulations and exercise good judgment and discretion in interpreting and applying jail policies; deal with fellow employees, inmates and the public with tact and diplomacy; maintain effective working relationships with the jailer, supervisors, and fellow employees; perform job duties within the framework of the three key priorities of the facility: public safety, institutional safety, and providing those who are incarcerated a constitutional level of care. Must be aware of security principles and procedures applicable to a correctional facility as well as emotions, attitudes, and group dynamics of confined inmates. High stress situations are predictable, even frequent. The potential of physical assault or injury is present. Overtime and emergency duty may be required. Shift assignments may change in accordance with the needs of the facility. While performing job duties, the employee could reasonably be expected to regularly stand, sit, talk or hear, use hands to type, handle paper etc., reach with hands and arms, squat and bend; lift and carry a minimum of 50 pounds.

**Disclaimer**

The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified. All personnel may be required to perform duties outside of their normal responsibilities from time to time, as needed.

I, _Amber Broun_ , have received this job description that outlines the job duties that I am expected to perform as I hold this position and also the other requirements that I must meet in order to be employed in the position of a Medical Assistant Supervisor for Meade County Detention Center.

_[signature]_     8/14/24
Employee Signature     Date

_[signature]_     8/14/24
Supervisor Signature     Date

Amber

**Title: Jail Nurse-LPN**
**Department: Meade County Detention Center**
**Supervisor: Jailer**

**Job Summary**

Under the coordination of the Nurse Practitioner, assists in the provision of health services to jail inmates.; conducts medical assessments of inmates; assists Physician or Nurse Practitioner in examining inmates responding to sick call; addresses medical issues by following nursing protocols and physician orders; administers medications.

**Duties**

- Orders, fills, and distributes medication per the Nurse Practitioner's orders
- Consults with inmates and family members concerning medication or medical issues
- Collects and responds in a timely manner to inmate medical request slips
- Reviews the medical background and condition of new inmates, including booking information.
- Determines the need for the attention of the Nurse Practitioner or Physician, sets priorities and schedules outside visits when necessary.
- Consults with the Nurse Practitioner or other physicians as necessary on health care issues
- When necessary, schedules tests and appointments with other health agencies including the dentist, x-ray, laboratories and others
- Assists and examines inmates reporting for sick call, includes gathering medical information from the inmate, taking vital signs, drawing blood as necessary, giving shots, and otherwise assisting the Nurse Practitioner or Physician.
- Helps develop special treatment plans for inmates with various health conditions
- Sees inmates for medical emergencies and determines appropriate follow-up.
- Changes bandages and provides other immediate assistance
- Responsible for obtaining blood and other specimens and packaging and transportation of specimens
- While on duty coordinates referrals to mental health staff including mental health triage
- Stocks medical carts and dispenses over-the-counter medicines, creams and lotions
- Files inmate medical files
- Maintains inmate health records and keeps the (MAR) updated and current
- Assist food service staff in dealing with special dietary issues
- Conducts on-call consultations with jail personnel concerning inmate health needs or staff questions
- Orders and re-stocks medical supplies, including insulin supplies, exam room supplies, etc.
- Responsible for consulting with the jailer and keeping him informed of current medical issues within the facility
- Responsible for providing information to the appropriate department when a state inmate is placed on sick leave from a job site
- Advises canteen of medical charges for inmates
- Performs other duties as assigned by the Jailer or his designee

**Minimum Requirements**

High School Graduate; completion of the curriculum as a Licensed Practical Nurse from an accredited college; one year of experience in medical nursing; licensed as a Practical Nurse in the State of Kentucky; pass background check and drug test

**Abilities Required**

Ability to understand and follow verbal or written communications; write in a clear and legible manner; deal with inmates in a positive, firm and impartial manner; learn, understand and follow administrative policies, procedures, rules and regulations and exercise good judgment and discretion in interpreting and applying jail policies; deal with fellow employees, inmates and the public with tact and diplomacy; maintain effective working relationships with the jailer, supervisors, and fellow employees; perform job duties within the framework of the three key priorities of the facility: public safety, institutional safety, and providing those who are incarcerated a constitutional level of care. Must be aware of security principles and procedures applicable to a correctional facility as well as emotions, attitudes, and group dynamics of confined inmates. High stress situations are predictable, even frequent. The

potential of physical assault or injury is present. Overtime and emergency duty may be required. Shift assignments may change in accordance with the needs of the facility. While performing job duties, the employee could reasonably be expected to regularly stand, sit, talk or hear, use hands to type, handle paper etc., reach with hands and arms, squat and bend; lift and carry a minimum of 50 pounds.

Disclaimer

The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified. All personnel may be required to perform duties outside of their normal responsibilities from time to time, as needed.

I, _Amber Brown_____, have received this job description that outlines the job duties that I am expected to perform as I hold this position and also the other requirements that I must meet in order to be employed in the position of a Nurse-LPN for Meade County Detention Center.

_Amber Brown_____          _1/21/15_____
Employee Signature                              Date

_____          _1-22-15_____
Supervisor Signature                            Date

Certificate of Receipt

The *Personnel Policies and Procedures Handbook* describes important information about Meade County. I understand that I should consult my supervisor regarding any questions not answered in the handbook. I have entered into my employment relationship with Meade County voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or the County may terminate the relationship at-will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described in the *Personnel Policies and Procedures Handbook* are subject to change, I acknowledge that revisions to the handbook, except to the County's employment-at-will policy, may occur. I further understand that any and all changes will be communicated through official notices and that revised information will supersede, modify, or eliminate existing policies.

Furthermore, I understand that this *Personnel Policies and Procedures Handbook* is neither a contract of employment nor a legal document. I have received the handbook and understand that within the first 48 hours of employment, I will complete a policy introductory process that will include a review of the personnel policies and procedures and an opportunity to ask questions. I also understand that it is my responsibility to read, be familiar with, and comply with the policies contained in this handbook and any revisions made to it.

I accept appointment to the position of ⎯Jail Nurse⎯. I hereby understand that my employment is on an "at-will" basis and that the County does not have to give any reasons for relieving or terminating me with or without cause, at any time, so long as there is no violation of applicable federal or state law. I further understand that the "at-will" nature of employment with the County may not be altered by any oral or written agreements, nor perceived as implied through conversations, policies, or any means whatsoever in or out of the workplace.

*I certify that I have received a copy of and have read the Personnel Policies and Procedures Handbook. I further certify that I have completed the introductory process and was afforded ample opportunity to ask questions about Meade County's personnel, policies and procedures.*

*I also verify receipt and understanding of the "at-will" terms of employment.*

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯        ⎯1-8-15⎯⎯⎯⎯⎯
Signature                                       Date

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯        ⎯01/08/15⎯⎯⎯⎯
Witness                                         Date

23



PRODUCT TRAINING

# Certificate of Completion

## iScreen™ iCup™
### Substance Abuse Screening Device

AMBER BROWN

This certifies that product training procedures have been completed
in accordance with manufacturer's recommendations.

Test Taken 8/13/2015

REDWOOD
TOXICOLOGY
LABORATORY™

an inverness medical company

*Jenée Gully, Regulatory Affairs*
*& Quality Assurance Manager*
*Redwood Toxicology Laboratory, Inc.*

# Personnel Policies

Certificate of Receipt

The employee handbook describes important information about Meade County Government, and I understand I should consult my supervisor regarding any questions not answered in the handbook. I have entered into my employment relationship with Meade County Government voluntarily and acknowledge there is no specified length of employment. Accordingly, either I or Meade County Government can terminate the relationship at-will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are subject to change, I acknowledge revisions to the handbook may occur. All such changes will be communicated through official notices, and I understand revised information will supersede, modify, or eliminate existing policies. Only the Meade County Judge/Executive and Meade County Fiscal Court has the ability to adopt personnel policies.

Furthermore, I understand this handbook is neither a contract of employment nor a legal document. I have received the handbook, and I understand it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

*I certify I have been through a complete orientation, received a copy of the Personnel Policies and Procedures, and have been afforded ample opportunity to ask questions about the policies and procedures of the Meade County Government. I understand it is my responsibility to be familiar with the contents of this manual.*

My signature affirms I completed the Meade County Government orientation process. I agree to become familiar with the Personnel Policies & Procedures Handbook

_____
Signature

_____6/27/16_____
Date

_Amber Brown_
Printed Name

_Medical_
Department

_____
Witness

_____6/27/16_____
Date

# Personnel Policies

## "At-Will" Employment

The following policies have been developed to provide you with information concerning the philosophies and practices of Meade County Government in personnel matters. These policies were effective as of June 14, 2011. Please read through these Personnel Policies, and discuss any questions you may have with your supervisor.

Employment by Meade County Government is "at-will". Therefore, Meade County Fiscal Court is not required to give any reason for relieving or terminating employees or positions. Meade County Government supports Americans with Disabilities Act, Equal Employment Opportunity Commission, Older Americans Act, Civil Rights Act, and other applicable federal and state legislation, regulations, and laws.

*I hereby understand my employment is an "at-will" basis and I hereby accept appointment of Meade County Government. I further understand that my "at-will" nature of employment may not be altered by any oral or written agreements, nor perceived as implied through conversations, policies, or any means whatsoever in or out of the workplace.*

*Verification of receipt and understanding of the at-will terms of employment:*

_____          _____
Signature                                                  Date   6/27/16

Amber Brown                                         Medical
Printed Name                                            Department

_____          _____
Witness                                                     Date   6/27/16

# Personnel Policies

### CERTIFICATION OF ACKNOWLEDGEMENT
### DRUG & ALCOHOL-FREE WORKPLACE
### POLICIES AND PROCEDURES

*I, the undersigned, acknowledge I have viewed the Meade County Government's Certified Drug Free Workplace Training Video and understand the policies and procedures as presented. I further acknowledge I have been presented a copy of the full policy and procedures regarding a drug free workplace, and I agree to follow all policies and procedures as set forth therein. I accept and understand that following these policies and procedures is a condition of my employment or my continued employment with the Meade County Government. I further understand I will be required to annually attend certain training programs concerning substance abuse awareness.*

*Furthermore, I understand that these policies and procedures may be amended at any time.*

_____
Signature

_____
Printed Name

_____
Witness

_____
Date

_____
Department

_____
Date

A. Brown

## Certificate of Receipt

The Meade County Detention Center *Personnel Policies and Procedures Handbook* describes important information about the Meade County Detention Center. I understand that I should consult my supervisor or the Jailer regarding any questions not answered in the handbook. I have entered into my employment relationship with the Meade County Detention Center voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or the Jailer may terminate the relationship at-will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described in the Meade County Detention Center *Personnel Policies and Procedures Handbook* are subject to change, I acknowledge that revisions to the handbook, except to the County's employment-at-will policy, may occur. I further understand that any and all changes will be communicated through official notices and that revised information will supersede, modify, or eliminate existing policies.

Furthermore, I understand that this *Personnel Policies and Procedures Handbook* is neither a contract of employment nor a legal document. I have received the handbook and understand that it is my responsibility to ask any questions or seek clarification concerning any policy or procedure. I also understand that it is my responsibility to read, be familiar with, and comply with the policies contained in this handbook and any revisions made to it.

I accept appointment to the position of ___Nurse___. I hereby understand that my employment is on an "at-will" basis and that the detention center does not have to give any reasons for relieving or terminating me with or without cause, at any time, so long as there is no violation of applicable federal or state law. I further understand that the "at-will" nature of employment with the Detention Center may not be altered by any oral or written agreements, nor perceived as implied through conversations, policies, or any means whatsoever in or out of the workplace.

*I certify that I have received a copy of and have read the Meade County Detention Center Personnel Policies and Procedures Handbook. I further certify that I have reviewed the personnel policies and was afforded ample opportunity to ask questions about Meade County Detention Center's personnel, policies and procedures.*

*I also verify receipt and understanding of the "at-will" terms of employment.*

_____
Signature

4/7/16
Date

_____
Witness

4/7/16
Date

Ky.gov                                          Search                    Q

# Online Validation Results

Back |

**Online Validation Results**

| Identifier | Validation Result |
|---|---|
| AMBER DAWN BROWN PAYNEVILLE, 40157 | **AMBER DAWN BROWN** <br><br> **License #:** 2047159  **License Type:** LPN  **Status:** Active  **Expiration Date:** 31-OCT-17  **Original Date of KY Licensure:** 12-DEC-11 <br><br> This license has multistate practice privileges in compact states. <br><br> No discipline information on file. <br><br> **AMBER D BROWN** <br><br> **SRNA #:** 50097862 **Status:** Lapsed **Expiration Date:** 31-MAY-13 **Original KY Registry Date:** 11-MAY-05 <br><br> Is not listed on the Kentucky Office of the Inspector General (OIG) Nurse Aide Abuse Registry. <br><br> **Validation Date:** 27-OCT-16 <br><br> The Kentucky Board of Nursing certifies that it maintains the information for licensure validation from this website and considers this to be a secure, primary source for license validation. <br><br> Click on this link for a list of Compact states: https://www.ncsbn.org/nlc.htm |

Policies  Security  Disclaimer  Accessibility



© 2016 Commonwealth of Kentucky.All rights reserved.

Kentucky.gov

PREMIER™

# Premier Integrity Solutions, Inc.

Recognizes

## *Amber Brown*

As an

### ALCOHOL SCREENING TEST TECHNICIAN

_Andrea Mc Gowan_
Authorized by

_July 12, 2018_
Date

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 69 of 106 PageID #: 889

**PREMIER**

# Premier Integrity Solutions, Inc.

Recognizes

## *Amber Brown*

As a

## WORKPLACE SPECIMEN COLLECTION TECHNICIAN

*TRAINED ON FLIP-TOP ORAL FLUID DEVICE

_____
Authorized by

Date July 12, 2018



# CERTIFICATE of TRAINING

**AMBER BROWN**

*for the completion of O.C. Spray training.*

DEPUTY JAILER · MEADE COUNTY

APRIL 19, 2018

Signature

Date 4-19-18

Signature

Date 4-19-18

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 70 of 106 PageID #: 890

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 71 of 106 PageID #: 891



## Certificate of Completion

**The Ultimate Safe Restraint System**

This is to certify that

# AMBER BROWN

has successfully completed

## The WRAP Instructor Course
## by Safe Restraints, Inc.



_____
Edward Hammond, Instructor

**Course Completion Date**

_____
C. Edward Hammond, President
SAFE RESTRAINTS, INC.

# THE **SAFARILAND**

## TRAINING GROUP

# CERTIFICATE OF COMPLETION

## *Amber Brown*

### *Meade County Detention Center*

Has Completed the Basic User Course requirements
This certification authorizes you to train staff at your facility only for

## OC END USER

_____
Instructor

*Sandy Wall*
_____
Director of Training Sandy Wall


**DEFENSE TECHNOLOGY**

*August 30, 2022*
_____
Date (expires two years from the date above)

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 72 of 106 PageID #: 892

# SABRE.

## Law Enforcement Aerosol Projectors

**End User**

**Amber Brown**

Has Successfully Completed the Certification Course for Sabre Law Enforcement Aerosol Projectors

| Instructor | Date | Expiration Date |
|---|---|---|
| *(signature)* | November 25, 2024 | November 25, 2025 |

SECURITY
EQUIPMENT CORPORATION



**American Red Cross**
Training Services

## Certificate of Completion

Amber Brown

has successfully completed requirements for

### First Aid/CPR/AED Instructor

Date Completed: 11/21/2023
Validity Period: 2 Years

Conducted by: American Red Cross



To verify certificate, scan code or visit redcross.org/digitalcertificate and enter ID.

Learn and be inspired at LifesavingAwards.org



01CSLEM

*Rebecca Webster*

**Title:  Home Incarceration Program (HIP) Coordinator**
**Department:  Meade County Detention Center**
**Supervisor:  Jailer / Chief Deputy**

**Job Summary**
Home Incarceration Program (HIP): An alternative to jail incarceration, allowing individuals under court order to serve their sentence at home while being electronically monitored.

**Duties**
- The HIP Coordinator will monitor all participants that are released to HIP supervision while either case is pending or serving sentenced time.
- The HIP Coordinator will complete the hook-up for all new or returning participants.  Review and explain all rules, regulations and expectations of the Home Incarceration Program to participants.
- Set up and collect payments from all active participants.
- Review any and all schedules and changes of schedules for all participants (work, medical, etc.)
- Administer drug tests for all participants that are being monitored on HIP at jail discretion.
- Report any and all positive drug tests results to Jailer immediately.
- Review and process any and all alerts received from the HIP program software, to include review of participant movement via GPS tracking.
- Replace equipment for participants as needed.
- Conduct counseling for minor rule violations with participants and document in participants records.
- Prepare Notice of Violation on participants returned to jail.
- Completes the release process on court ordered/time-out participants.
- Conduct job and home checks on participants, as appropriate.
- Work in conjunction with other law enforcement agencies to achieve specific tasks (locating escapes, entering volatile areas, etc.)
- Liaison between the courts and the Meade County Detention Center.
- All other duties and/or responsibilities assigned.
- Any other duties as assigned
- On call responsibilities:  Answer/ respond to calls, texts or emails from jail staff regarding any duties outlined in this job description, reporting to the facility when necessary, or as directed by the Jailer or Chief Deputy.

**Minimum Requirements**
High school education or GED; one-year verifiable work experience, military service, or college training; knowledge of Microsoft Word and Excel; Pass background check and drug test; valid motor vehicle operator's license

**Abilities Required**
Ability to understand and follow verbal or written communications; skill in reading and comprehending written communications write in a clear and legible manner; perform basic mathematic calculations; learn the operation of electro-mechanical security equipment typically used in security institutions; learn and use self defense methods and appropriate physical restraint techniques; respond quickly and effectively to situations which threaten the security of the institution; deal with inmates in a positive, firm and impartial manner; learn, understand and follow administrative policies, procedures, rules and regulations and exercise good judgment and discretion in interpreting and applying jail policies; deal with fellow employees, inmates and the public with tact and diplomacy; maintain effective working relationships with the jailer, supervisors, and fellow employees; perform job duties within the framework of the three key priorities of the facility: public safety, institutional safety, and providing those who are incarcerated a constitutional level of care.  Must be aware of security principles and procedures applicable to a correctional facility as well as emotions, attitudes, and group dynamics of confined inmates.  High stress situations are predictable, even frequent.  The potential of physical assault or injury is present.  Overtime and emergency duty may be required.  Shift assignments may change in accordance with the needs of the facility.  While performing job duties, the employee could reasonably be expected to regularly stand, sit, talk or hear, use hands to type, handle paper etc., reach with hands and arms, squat and bend; lift and carry a minimum of 25 pounds.

DEFENDANT'S EXHIBIT

**3**

MEADE COUNTY DETENTION CENTER

# POLICY AND PROCEDURE MANUAL
## 2023-2024
### RECORD OF RECEIPT

*(Print only)*

Webster      Rebecca      L

Last Name of Deputy,      First      MI

I have received a copy of the Meade County Detention Center's Policy and Procedure Manual. I understand it is my responsibility to read and comply with the jail's policy and procedure manual(s) within thirty (30) days of employment.

Rebecca L Webster   1217

Deputy's Signature & Unit #

3/1/24

Date

03/01/2024C:\Users\B finch\Desktop\1201\POLICY DOCS\Policy Procedure Receipt.docx

Pursuant to the KY Constitution Section 228, _Rebecca Webster_ ,

has been sworn in as a Deputy Jailer by _Judy Jordan_ , effective

_6-21-18_ ,


_Rebecca L Webster_

Deputy

_6/21/18_

Date


_J.J. Scarborough_ (signature)

J.J. Scarborough

_6/21/18_

Date



# SABRE®

### Law Enforcement Aerosol Projectors

**End User**

## Rebecca Webster

Has Successfully Completed the Certification Course for Sabre Law Enforcement Aerosol Projectors

| | | |
|---|---|---|
| Instructor | **November 25, 2024** | **November 25, 2025** |
| | Date | Expiration Date |

**SECURITY**
EQUIPMENT CORPORATION

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 78 of 106 PageID #: 898

# Criminal Justice Information Services
# Security Awareness Training



This is to certify that

# REBECCA WEBSTER

has successfully completed the

# Level 2 Security Awareness Certification

6/17/2022

Certification Date



6/17/2024

Expiration Date

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 79 of 106 PageID #: 899

# ▲ AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

REBECCA WEBSTER

OF MEADE COUNTY DETENTION CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26P & X2 CEW V.22 USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 3/10/22

INSTRUCTED BY: BRANDON FINCH



Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 80 of 106 PageID #: 900

 **AXON** Academy

# CERTIFICATE OF
# COMPLETION

### AWARDED TO

BECCA WEBSTER

### OF MEADE COUNTY DETENTION
### CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26P, X2 CEW V.22
## USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 2/14/23

INSTRUCTED BY:



Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 82 of 106 PageID #: 902



**THIS CERTIFICATE OF COMPLETION IS HEREBY GRANTED TO**

## REBECCA WEBSTER

The above named is certified as an operator for TASER Energy Weapons.

COMPLETED TRAINING FOR THE FOLLOWING TASER ENERGY WEAPON

## X26P TASER ENERGY WEAPON

VALID FOR 1 CALENDAR YEAR FROM THE DATE OF TRAINING COMPLETION

Sgt Ernest Rutherford #55

Issued by
(Certifying Instructor Name)

2/1/2025

Issued On
(Date)



Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 83 of 106 PageID #: 903

# ᴛʜᴇ SAFARILAND.

## TRAINING GROUP

# CERTIFICATE OF COMPLETION

## *Rebecca Webster*

### *Meade County Detention Center*

Has Completed the Basic User Course requirements
This certification authorizes you to train staff at your facility only for

## OC END USER

Instructor

*Sandy Wall*

Director of Training Sandy Wall


DEFENSE TECHNOLOGY

*August 30, 2022*

Date (expires two years from the date above)

# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

BECCA WEBSTER

OF MEADE COUNTY DETENTION CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER CEW V 22 ANNUAL OPERATOR UPDATE COURSE

TRAINING CERTIFICATE

ISSUED 2/6/2024

INSTRUCTED BY:



AXON TRAINING CERTIFIED

# Premier Integrity Solutions, Inc.

*Recognizes*

## *Rebecca Webster*

*As an*

## ALCOHOL SCREENING TEST TECHNICIAN

Authorized by

Date July 12, 2018

Case 3:24-cv-00334-JHM   Document 106-13   Filed 02/17/26   Page 86 of 106 PageID #: 906

PREMIER™

# Premier Integrity Solutions, Inc.

*Recognizes*

## *Rebecca Webster*

*As a*

## WORKPLACE* SPECIMEN COLLECTION TECHNICIAN

*TRAINED ON FLIP-TOP ORAL FLUID DEVICE

_____
Authorized by

_____
Date   July 12, 2018

# *Certificate of Training*

**PepperBall**

# OPERATOR CERTIFICATION

*This is to certify that*

## REBECCA WEBSTER

*of the*

## MEADE COUNTY DETENTION CENTER

*Has successfully completed the PepperBall Operator Training Course.*

**BRANDON FINCH**

*Instructor*

January 16, 2019

*Date*

*3* Hours Credit

PepperBall is a Division of United Tactical Systems, LLC.

# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

REBECCA WEBSTER

OF MEADE COUNTY DETENTION CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26P CEW V.21 USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 3/31/2019

INSTRUCTED BY: BRANDON FINCH & J.J. SCARBOROUGH

AXON TRAINING CERTIFIED

# ▲AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

### REBECCA WEBSTER

OF MEADE COUNTY DETENTION CENTER

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26 & X26P CEW V.21 USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 3/14/2020
EXPIRES 3/14/2021

INSTRUCTED BY: BRANDON FINCH & JJ SCARBOROUGH

AXON TRAINING CERTIFIED

Case 3:24-cv-00334-JHM    Document 106-13    Filed 02/17/26    Page 90 of 106 PageID #: 910

# THE SAFARILAND

## TRAINING GROUP

# CERTIFICATE OF COMPLETION

## Rebecca Webster

### Meade County Detention Center

Has Completed the Basic End User Course requirements
in

### OC Aerosol Projectors

Instructor

Sandy Wall

Director of Training Sandy Wall

DEFENSE TECHNOLOGY

October 30, 2019

Date (expires one year from the date above)

5/9/25, 2:43 PM                                                                                                          Crimcast



logout (/both/logout.asp)

|  |  |  |
|---|---|---|
| my page (studentmain.asp) | help (help.asp) | toolbox ↓ (#) |

Home (https://kydoc.crimcast.com/index.asp) > REBECCA WEBSTER's Page (studentmain.asp) > Check History

### Student

| | |
|---|---|
| Name: | **REBECCA WEBSTER** |
| Date Begin: | **1/22/2025** |
| Title: | **OFFICE SUPV** |
| Employer: | **Meade County Jail** |
| Required Hours: | **24** |

### Filter

Academic Year  [ Show All ▼ ]

### Courses

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2025 | **DJIS-01 Sexual Harassment & Ethical Conduct** | 01/15/2025 | 01/29/2025 | **2** | 2 |
| 2025 | **DJIS-02 Mental Health Issues & Suicide Prevention** | 01/15/2025 | 01/22/2025 | **4** | 4 |
| 2025 | **DJIS-03 Medical Awareness Training** | 01/15/2025 | 01/22/2025 | **2** | 2 |
| 2025 | **DJIS-04 Report Writing & Jail Documentation** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-05 Staff Sexual Offenses with Offenders & PREA** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-06 Inmate Rights and Staff Liability** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-07 Transportation of Offenders** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-08 Ethics & Professionalism** | 01/15/2025 | | 2 | 0 |
| 2025 | **DJIS-09 Situational Awareness** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-10 Self-Defense** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-11 Security Procedures - Searches** | 01/15/2025 | | 2 | 0 |
| 2025 | **DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability** | 01/15/2025 | 01/30/2025 | **2** | 2 |
| 2025 | **DJIS-13 Stress Management** | 01/15/2025 | 01/30/2025 | **1** | 1 |
| 2025 | **DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel** | 01/15/2025 | 01/30/2025 | **1** | 1 |
| 2025 | **DJIS-15 OC Spray: Characteristics, Use & Aftercare** | 01/15/2025 | | 0.5 | 0 |
| 2024 | **2024 KJA Fall Conference 01 Professional Ethics from the Top Down** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 02 Conflict Resolution** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 03 You've Been Served** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 04 Duties and Responsibilities** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 05 KY DOC Victim Services Branch** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 06 Overcoming the Stigma** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 07 Servant Officer Leadership** | 12/26/2024 | 12/26/2024 | **4** | 4 |
| 2024 | **2024 KJA Fall Conference 08 Servant Officer Leadership (Continued)** | 12/26/2024 | 12/26/2024 | **3** | 3 |
| 2024 | **2024 KJA Fall Conference 11 Managing Mental Illness for Corrections** | 12/26/2024 | 12/26/2024 | **4** | 4 |
| 2024 | **2024 KJA Fall Conference 12 Bloodborne Pathogens** | 12/26/2024 | 12/26/2024 | **2** | 2 |
| 2024 | **2024 KJA Fall Conference 13 Seth's Law HB 385** | 12/26/2024 | 12/26/2024 | **1** | 1 |
| 2024 | **2024 KJA Fall Conference 17 Roundtable Discussions** | 12/26/2024 | 12/26/2024 | **1** | 1 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2024 | 2024 KJA Fall Conference 18 Video Arraignment Technology | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | 2024 KJA Fall Conference 19 Crisis Intervention Resources | 12/26/2024 | 12/26/2024 | 1 | 1 |
| 2024 | DJIS-01 Sexual Harassment & Ethical Conduct | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/30/2024 | 02/06/2024 | 4 | 4 |
| 2024 | DJIS-03 Medical Awareness Training | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-04 Report Writing & Jail Documentation | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-05 Staff Sexual Offenses with Offenders & PREA | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-06 Inmate Rights and Staff Liability | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-07 Transportation of Offenders | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-08 Ethics & Professionalism | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-09 Situational Awareness | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-10 Self-Defense | 01/30/2024 | 02/06/2024 | 2 | 2 |
| 2024 | DJIS-11 Security Procedures - Searches | 01/30/2024 | 02/12/2024 | 2 | 2 |
| 2024 | DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | 01/30/2024 | | 2 | 0 |
| 2024 | DJIS-13 Stress Management | 01/30/2024 | 02/12/2024 | 1 | 1 |
| 2024 | DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/30/2024 | | 1 | 0 |
| 2024 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 02/15/2024 | | 0.5 | 0 |
| 2023 | DJIS-01 Sexual Harassment & Ethical Conduct | 01/23/2023 | 01/26/2023 | 2 | 2 |
| 2023 | DJIS-02 MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/23/2023 | 01/26/2023 | 4 | 4 |
| 2023 | DJIS-03 Medical Emergencies HIV/AIDS/BPP | 01/23/2023 | 01/26/2023 | 2 | 2 |
| 2023 | DJIS-04 Report Writing & Jail Documentation | 01/23/2023 | | 2 | 0 |
| 2023 | DJIS-05 Staff Sexual Offenses with Offenders & PREA | 01/23/2023 | 01/26/2023 | 2 | 2 |
| 2023 | DJIS-06 Inmate Rights and Staff Liability | 01/23/2023 | 01/26/2023 | 2 | 2 |
| 2023 | DJIS-07 Transportation of Offenders | 01/23/2023 | 02/15/2023 | 2 | 2 |
| 2023 | DJIS-08 Ethics & Professionalism | 01/23/2023 | | 2 | 0 |
| 2023 | DJIS-09 Situational Awareness | 01/23/2023 | 02/15/2023 | 2 | 2 |
| 2023 | DJIS-10 Self-Defense | 01/23/2023 | 02/15/2023 | 2 | 2 |
| 2023 | DJIS-11 Security Procedures - Searches | 01/23/2023 | 02/15/2023 | 2 | 2 |
| 2023 | DJIS-12 Basic Jail Operations, Use of Force & Jailer Liability | 01/23/2023 | 02/15/2023 | 2 | 2 |
| 2023 | DJIS-13 Stress Management | 01/23/2023 | 02/15/2023 | 1 | 1 |
| 2023 | DJIS-14 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/23/2023 | 02/15/2023 | 1 | 1 |
| 2023 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 07/28/2023 | | 0.5 | 0 |
| 2022 | DJIS 112- MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 02/04/2022 | 02/25/2022 | 4 | 4 |
| 2022 | DJIS 138- Staff Sexual Offenses with Offenders & PREA | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS 300 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 02/04/2022 | 02/25/2022 | 1 | 1 |
| 2022 | DJIS Medical Emergencies HIV/AIDS/BPP | 02/04/2022 | | 2 | 0 |
| 2022 | DJIS-012 Sexual Harassment & Ethical Conduct | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-201 Report Writing & Jail Documentation | 01/10/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-202 Inmate Rights and Staff Liability | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-203 Transportation of Offenders | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-204 Ethics & Professionalism | 02/04/2022 | | 2 | 0 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2022 | DJIS-205 Self-Defense | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-206 Security Procedures - Searches | 02/04/2022 | 02/25/2022 | 2 | 2 |
| 2022 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 02/04/2022 | | 2 | 0 |
| 2022 | DJIS-216 Stress Management | 02/04/2022 | 02/25/2022 | 1 | 1 |
| 2022 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/10/2022 | | 0.5 | 0 |
| 2022 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-008 MEDICAL PROCEDURES | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-010 TOOL & KEY CONTROL | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-011 OVERVIEW OF THE CRIMINAL JUSTICE SYSTEM | 01/10/2022 | | 1.5 | 0 |
| 2022 | IPSA-012 SECURITY & CLASSIFICATION OF OFFENDERS | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 01/10/2022 | | 1.5 | 0 |
| 2022 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 01/10/2022 | | 2 | 0 |
| 2022 | IPSA-023 SITUATIONAL AWARENESS | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-102 EMPLOYEE AWARENESS | 01/10/2022 | 02/25/2022 | 2 | 2 |
| 2022 | IPSA-104 SUBSTANCE ABUSE | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-104a DRUG AWARENESS- ID & USAGE | 01/10/2022 | | 1 | 0 |
| 2022 | IPSA-107 CHANGING THE LIVES TO BREAK THE CYCLE OF CRIME | 01/10/2022 | | 1 | 0 |
| 2022 | Mental Health/Suicide Prevention | 01/10/2022 | | 4 | 0 |
| 2022 | PBS-131 SUPERVISION OF OFFENDERS | 01/10/2022 | 02/25/2022 | 2 | 2 |
| 2022 | PPB-009 Dangerous Contraband | 01/10/2022 | | 1.5 | 0 |
| 2022 | SWO-013 Workplace Safety & Ergonomics | 01/10/2022 | | 1 | 0 |
| 2022 | SWO-025 Communication Skills | 01/10/2022 | | 1 | 0 |
| 2021 | COVID-19 | 01/25/2021 | 01/26/2021 | 1 | 1 |
| 2021 | COVID-19 Protective Measures | 01/25/2021 | 01/28/2021 | 1 | 1 |
| 2021 | DJIS - 207 Medical Emergencies HIV/AIDS/BPP | 01/25/2021 | 03/10/2021 | 2 | 2 |
| 2021 | DJIS 112- MENTAL HEALTH ISSUES AND SUICIDE PREVENTION | 01/25/2021 | 03/03/2021 | 4 | 4 |
| 2021 | DJIS 138- Staff Sexual Offenses with Offenders & PREA | 01/25/2021 | 03/16/2021 | 2 | 2 |
| 2021 | DJIS 300 Fentanyl & Suspected Fentanyl Handling & Processing for Authorized Personnel | 01/25/2021 | 01/26/2021 | 1 | 1 |
| 2021 | DJIS-012 Sexual Harassment & Ethical Conduct | 09/20/2021 | | 2 | 0 |
| 2021 | DJIS-200 Situational Awareness | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-201 Report Writing & Jail Documentation | 01/25/2021 | 03/16/2021 | 2 | 2 |
| 2021 | DJIS-202 Inmate Rights and Staff Liability | 01/25/2021 | 03/16/2021 | 2 | 2 |
| 2021 | DJIS-203 Transportation of Offenders | 01/25/2021 | 03/10/2021 | 2 | 2 |
| 2021 | DJIS-204 Ethics & Professionalism | 01/25/2021 | | 2 | 0 |
| 2021 | DJIS-205 Self-Defense | 01/25/2021 | 01/28/2021 | 2 | 2 |
| 2021 | DJIS-206 Security Procedures - Searches | 01/25/2021 | 03/16/2021 | 2 | 2 |
| 2021 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/25/2021 | | 2 | 0 |
| 2021 | DJIS-216 Stress Management | 01/25/2021 | 03/03/2021 | 1 | 1 |
| 2021 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/25/2021 | | 0.5 | 0 |
| 2021 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 10/04/2021 | | 1 | 0 |
| 2021 | IPSA-007 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 10/04/2021 | | 1 | 0 |

5/9/25, 2:43 PM

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2021 | IPSA-008 MEDICAL PROCEDURES | 10/04/2021 | | 1 | 0 |
| 2021 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 10/04/2021 | | 2 | 0 |
| 2021 | IPSA-010 TOOL & KEY CONTROL | 10/08/2021 | | 2 | 0 |
| 2021 | IPSA-011 OVERVIEW OF THE CRIMINAL JUSTICE SYSTEM | 11/17/2021 | | 1.5 | 0 |
| 2021 | IPSA-012 SECURITY & CLASSIFICATION OF OFFENDERS | 11/17/2021 | | 2 | 0 |
| 2021 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 11/17/2021 | | 1.5 | 0 |
| 2021 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 11/02/2021 | | 2 | 0 |
| 2021 | IPSA-023 SITUATIONAL AWARENESS | 10/08/2021 | | 1 | 0 |
| 2021 | IPSA-102 EMPLOYEE AWARENESS | 10/08/2021 | | 2 | 0 |
| 2021 | IPSA-104 SUBSTANCE ABUSE | 10/25/2021 | | 1 | 0 |
| 2021 | IPSA-104a DRUG AWARENESS- ID & USAGE | 11/17/2021 | | 1 | 0 |
| 2021 | PPB-009 Dangerous Contraband | 01/26/2021 | | 1.5 | 0 |
| 2021 | SWO-013 Workplace Safety & Ergonomics | 09/20/2021 | | 1 | 0 |
| 2021 | SWO-018 Safety Procedures & Responsible Operation of State Vehicles | 09/20/2021 | | 1 | 0 |
| 2021 | SWO-025 Communication Skills | 09/20/2021 | | 1 | 0 |
| 2020 | CCDC-001 Safety and Security | 01/14/2020 | 02/24/2020 | 1 | 1 |
| 2020 | CCDC-003 Avoiding Manipulation | 01/14/2020 | 02/24/2020 | 1.5 | 1.5 |
| 2020 | DJIS-012 Sexual Harassment & Ethical Conduct | 01/14/2020 | 02/24/2020 | 2 | 2 |
| 2020 | DJIS-112 Mental Health Issues & Suicide Prevention | 01/14/2020 | 02/28/2020 | 4 | 4 |
| 2020 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 01/14/2020 | 02/28/2020 | 1 | 1 |
| 2020 | DJIS-200 Situational Awareness | 08/07/2020 | | 2 | 0 |
| 2020 | DJIS-201 Report Writing & Jail Documentation | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-202 Inmate Rights and Staff Liability | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-203 Transportation of Offenders | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-204 Ethics & Professionalism | 08/07/2020 | | 2 | 0 |
| 2020 | DJIS-205 Self-Defense | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-206 Security Procedures - Searches | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/14/2020 | 02/28/2020 | 2 | 2 |
| 2020 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/14/2020 | 02/28/2020 | 0.5 | 0.5 |
| 2019 | 2019 KJA Summer Conference 01 Use of Force | 06/11/2019 | 06/11/2019 | 4 | 4 |
| 2019 | 2019 KJA Summer Conference 02 Color of Law | 06/11/2019 | 06/11/2019 | 4 | 4 |
| 2019 | 2019 KJA Summer Conference 03-B Finance | 06/11/2019 | 06/11/2019 | 2 | 2 |
| 2019 | 2019 KJA Summer Conference 04-B Duties of a Closed Jailer | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 05 Code of Ethics | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 06-B Basic & High Risk Transports - 1st Session | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 07-B Basic & High Risk Transport -2nd Session | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 08 Interpersonal Communications for Front Line Supervisors | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 09 What is Contraband | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 10 Inmate Classification | 06/11/2019 | 06/11/2019 | 1.5 | 1.5 |

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2019 | 2019 KJA Summer Conference 11 Why are Cell Phones Dangerous Contraband | 06/11/2019 | 06/11/2019 | 1.5 | 1.5 |
| 2019 | 2019 KJA Summer Conference 12 Transgender & PREA | 06/11/2019 | 06/11/2019 | 2 | 2 |
| 2019 | 2019 KJA Summer Conference 13 Transporting Basics / Inmate Rights | 06/11/2019 | 06/11/2019 | 2 | 2 |
| 2019 | 2019 KJA Summer Conference 16 Evidence Collection & Preservation / Case Procedures | 06/11/2019 | 06/11/2019 | 2 | 2 |
| 2019 | 2019 KJA Summer Conference 17 Bond Paperwork | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | 2019 KJA Summer Conference 18 Cell Searches & Shakedowns | 06/11/2019 | 06/11/2019 | 1 | 1 |
| 2019 | CCDC-004 Report Writing | 01/14/2019 | 01/15/2019 | 2 | 2 |
| 2019 | DJIS-012 Sexual Harassment & Ethical Conduct | 01/14/2019 | 01/15/2019 | 2 | 2 |
| 2019 | DJIS-112 Mental Health Issues & Suicide Prevention | 01/14/2019 | 01/15/2019 | 4 | 4 |
| 2019 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 01/14/2019 | 01/29/2019 | 1 | 1 |
| 2019 | DJIS-200 Situational Awareness | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-201 Report Writing & Jail Documentation | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-202 Inmate Rights and Staff Liability | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-203 Transportation of Offenders | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-204 Ethics & Professionalism | 01/14/2019 | | 2 | 0 |
| 2019 | DJIS-205 Self-Defense | 01/14/2019 | 01/29/2019 | 2 | 2 |
| 2019 | DJIS-206 Security Procedures – Searches | 01/14/2019 | 03/14/2019 | 2 | 2 |
| 2019 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 01/14/2019 | 03/14/2019 | 2 | 2 |
| 2019 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 01/14/2019 | | 0.5 | 0 |
| 2018 | 2018 KJA Fall Conf Correctional Fatigue | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Current State of Cyber Crimes | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Hard Facts About Soft Skills | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Human Trafficking | 12/14/2018 | 12/14/2018 | 2 | 2 |
| 2018 | 2018 KJA Fall Conf Jailers Legal Liability and Insurance Coverage | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Open Records Laws and Updates | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Pocketed Payments | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Sexual Harassment | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf State Inmate Work Release | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Stopping the Hepatitis A Outbreak in Jails | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Team Work in Motion | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | 2018 KJA Fall Conf Total Opiates Program | 12/14/2018 | 12/14/2018 | 1 | 1 |
| 2018 | DJIS-012 Sexual Harassment & Ethical Conduct | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-112 Mental Health Issues & Suicide Prevention | 06/25/2018 | | 4 | 0 |
| 2018 | DJIS-114 Medical, Bloodborne Pathogens, AIDS-HIV | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-138 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 06/25/2018 | | 1 | 0 |
| 2018 | DJIS-201 Report Writing & Jail Documentation | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-202 Inmate Rights and Staff Liability | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-203 Transportation of Offenders | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-204 Ethics & Professionalism | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-204 Situational Awareness | 06/25/2018 | | 2 | 0 |

5/9/25, 2:43 PM                                                                                                  Crimcast

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2018 | DJIS-205 Self-Defense | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-206 Security Procedures - Searches | 06/25/2018 | | 2 | 0 |
| 2018 | DJIS-215 Basic Jail Operations, Use of Force & Jailer Liability | 06/25/2018 | | 2 | 0 |
| 2018 | E-105 OC SPRAY: CHARACTERISTICS, USE & AFTERCARE | 06/25/2018 | | 0.5 | 0 |
| 2018 | IPSA-006 INTRO TO SEXUAL HARASSMENT & ANTI-HARASSMENT | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-007 STAFF SEXUAL OFFENSES WITH OFFENDERS & PREA | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-008a MEDICAL PROCEDURES AIDS/HIV | 06/25/2018 | | 2 | 0 |
| 2018 | IPSA-010 TOOL & KEY CONTROL | 06/25/2018 | | 2 | 0 |
| 2018 | IPSA-013 SOCIAL & CULTURAL LIFESTYLES OF OFFENDERS | 06/25/2018 | | 1.5 | 0 |
| 2018 | IPSA-016 INTERPERSONAL RELATIONS/COUNSELING TECHNIQUES | 07/02/2018 | | 2 | 0 |
| 2018 | IPSA-023 SITUATIONAL AWARENESS | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-050 SAFE OPERATION OF 15 PASSENGER VAN | 06/25/2018 | | 0.5 | 0 |
| 2018 | IPSA-102 EMPLOYEE AWARENESS | 06/25/2018 | | 2 | 0 |
| 2018 | IPSA-104 SUBSTANCE ABUSE | 06/25/2018 | | 1 | 0 |
| 2018 | IPSA-104a DRUG AWARENESS- ID & USAGE | 07/02/2018 | | 1 | 0 |
| 2018 | IPSA-107 CHANGING THE LIVES TO BREAK THE CYCLE OF CRIME | 06/25/2018 | | 1 | 0 |
| 2018 | M-001 Dealing with Deaf and Hard of Hearing Offenders | 06/25/2018 | | 3 | 0 |

Total Earned: **233** out of **357.5**

Crimcast is a product of CorrectionsMedia.com (http://www.correctionsmedia.com), © copyright 2001 - 2025, all rights reserved.

| Academic Year | Title | Begin | End | Credit Hours | Credit Completed |
|---|---|---|---|---|---|
| 2018 | DJIS-205 Self-Defense | 06/25/2018 | | | |

## MEADE COUNTY DETENTION CENTER

516 HILLCREST DR--BRANDENBURG, KY 40108
Phone: (270) 422-2546
Fax: (270) 422-4016

**Detailed Release Report**

| | |
|---|---|
| Booking #: 19100 | Jacket#: 15568 |

**FINAL RELEASED**

**Detainee Name:** DOLLARHYDE, THOMAS ALLEN
**Alias:**
**SSN:** ▮▮▮▮▮
**Birth Place:** FL
**Address:** 116 RED FERN LN
**City:** CUSTER
**State:** KY
**Zip Code:** 40115
**Phone:** (270) 668 - 2058
**Occupation:**

**Maiden Name:**
**Religion:** BAPTIST
**Date of Birth:** ▮▮▮▮▮
**Age:** 67
**Marital Status:** SINGLE
**# of Children:** 2
**Nationality:** American
**US Citizen:** ✔
**Driver's License:**

**Sex:** Male
**Race:** W
**Height:** 6' 0"
**Weight (lbs.):** 195
**Other Features:**

**Hair Color:** GRAY
**Eye Color:** GREEN
**Complexion:** FAIR
**Build:** SMALL

**Arresting Authority:** MCSO
**Arresting Officer:** WHITED
**County Of Charge:**
**Booking Officer:** BENNETT, TIFFANIE N

**Arrest Date/Time:** 02/07/2019 12:34
**Book Date/Time:** 02/07/2019 13:00
**Last Rebook Date/Time:**

**Admin Release Officer:** KENEALY, KAITLIN
**Phys. Release Officer:** KENEALY, KAITLIN
**Time Served:** 1511 days, 19 hrs, 37 min
**Reason For Release:** TRANSFER

**Release To:** ROEDERER CORRECTIONAL COM
**Release Code:** ROEDERER CORRECTIONAL COM
**Release Date/Time:** 03/30/2023 08:36

### Current Charges

**Case #:**          **Case Bond Type:**          **Case Bond Amount:**

| Charge Case # | Counts | Charge Description | Court Type | Warrant # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| | 1 | ASSAULT, 1ST DEGREE | | | NO BOND | $0.00 |
| | 1 | WANTON ENDANGERMENT-1ST DEGREE | | | NO BOND | $0.00 |
| | 1 | WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER | | | NO BOND | $0.00 |
| | 1 | LEAVING SCENE OF ACCIDENT-FAILURE TO RENDER AID O | | | NO BOND | $0.00 |
| 19-CR-00032 | 1 | SPEEDING 15 MPH OVER LIMIT | | E082100034 58280 | FULL CASH | $100,000.00 |
| 19-CR-00032 | 1 | RECKLESS DRIVING | | | FULL CASH | $100,000.00 |
| 19-CR-00032 | 1 | WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER | | | FULL CASH | $100,000.00 |
| 19-CR-00032 | 1 | FLEEING OR EVADING POLICE, 1ST DEGREE (MOTOR VEHIC | | | FULL CASH | $100,000.00 |
| 19-CR-00032 | 1 | ASSAULT, 1ST DEGREE | | | FULL CASH | $100,000.00 |
| 19-CR-00032 | 5 | WANTON ENDANGERMENT-1ST DEGREE | | | FULL CASH | $100,000.00 |
| 19-CR-00032 | 1 | LEAVING SCENE OF ACCIDENT-FAILURE TO RENDER AID O | | | FULL CASH | $100,000.00 |

I certify that the above information is correct to the best of my knowledge.

_Thomas Dillah_

DOLLARHYDE, THOMAS ALLEN
Thu Mar 30 2023 08:37:24
**Detainee Signature**

_K. Kenealy_

**Staff Signature**

**DEFENDANT'S EXHIBIT**

**4**

Detailed Release Report printed for DOLLARHYDE, THOMAS ALLEN
JailTracker TM Report Printed On 03/30/2023 at 08:37

Page 1 of 1

Corrections

Roederer Correctional Complex

LaGrange, Kentucky 40031

**ROEDERER CORRECTIONAL COMPLEX
RECEIPT FOR PRISONER**

DATE  3/30

TIME: _____

Thomas Dallarhyde  32 2725

(INMATE NAME AND NUMBER)

WAS RECEIVED ON THIS

DATE AS A _____

(COMMITMENT, PV, COSPV, ETC.)

FROM Meade _____

(COUNTY)

SHERIFF _____

(COUNTY)

_____
(RECEIVING OFFICER)

_____
(TRANSPORTING OFFICER)

CO24-446/REV 91

# Cell Assignment History By Booking Number
## Name: DOLLARHYDE, THOMAS ALLEN   Jacket #: 15568

**Booking #:  49100**

**Agency: MEADE COUNTY DETENTION CENTER**

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 42 | 02/07/19 13:22 | BENNETT, TIFFANIE N | INTAKE | 02/09/19 02:37 |
| Assignment Notes:  NEW BOOKING | | | | |
| 183 | 02/09/19 02:37 | LUSH, SHANNON | GENERAL | 02/11/19 08:46 |
| 187 | 02/11/19 08:46 | PEEK, NICHOLAS | GENERAL | 04/30/19 12:49 |
| 28 | 04/30/19 12:49 | LANGEVIN, MICHAEL | GENERAL | 05/07/19 17:46 |
| 35 | 05/07/19 17:46 | GORDON, ESTELLA MARIE | GENERAL | 02/20/20 09:03 |
| 28 | 02/20/20 09:03 | GORDON, ESTELLA MARIE | GENERAL | 02/23/20 08:09 |
| 35 | 02/23/20 08:09 | ROGERS, EDWINA KAY | GENERAL | 03/17/20 09:58 |
| 43 | 03/17/20 09:58 | FINCH, BRANDON | ADMINISTRATIVE | 03/17/20 10:05 |
| 28 | 03/17/20 10:05 | FINCH, BRANDON | GENERAL | 03/18/20 13:22 |
| 35 | 03/18/20 13:22 | PEEK, NICHOLAS | GENERAL | 01/21/21 10:20 |
| 42 | 01/21/21 10:20 | DUPIN, TAMMY | MEDICAL | 01/25/21 14:51 |
| 28 | 01/25/21 14:51 | DECKER, TRACEY | GENERAL | 01/27/21 12:27 |
| 170 | 01/27/21 12:27 | MATTI, TYLER | GENERAL | 09/24/21 09:06 |
| 181 | 09/24/21 09:06 | ROGERS, EDWINA KAY | DISCIPLINARY | 09/24/21 12:53 |
| 182 | 09/24/21 12:53 | ROGERS, EDWINA KAY | DISCIPLINARY | 09/27/21 13:54 |
| 170 | 09/27/21 13:54 | ROGERS, EDWINA KAY | GENERAL | 12/23/22 11:26 |
| 183 | 12/23/22 11:26 | DECKER, TRACEY | DISCIPLINARY | 12/25/22 15:29 |
| 186 | 12/25/22 15:29 | MCADAMS, CLARA L | GENERAL | 01/03/23 14:38 |
| 183 | 01/03/23 14:38 | MCADAMS, CLARA L | DISCIPLINARY | 01/18/23 12:29 |
| 186 | 01/18/23 12:29 | DECKER, TRACEY | GENERAL | 03/30/23 08:37 |

**Assignments: 20**

**Total Assignments: 20**



**DEFENDANT'S EXHIBIT**

**5**

## Cell Assignment History By Booking Number
## Name: CLEMANS, DANIEL RAY   Jacket #: 17762

**Booking #: 60880**

### Agency: MEADE COUNTY DETENTION CENTER

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 01/12/22 16:20 | MATTI, TYLER | INTAKE | 01/15/22 14:43 |
| 23 | 01/15/22 14:43 | DECKER, TRACEY | GENERAL | 01/20/22 17:57 |
| 170 | 01/20/22 17:57 | DECKER, TRACEY | GENERAL | 04/17/22 18:15 |
| 182 | 04/17/22 18:15 | KENEALY, KAITLIN | DISCIPLINARY | 04/20/22 16:43 |
| Assignment Notes: writing on concrete at rec (147) | | | | |
| 183 | 04/20/22 16:43 | KENEALY, KAITLIN | GENERAL | 04/21/22 18:11 |
| 42 | 04/21/22 18:11 | KENEALY, KAITLIN | GENERAL | 04/25/22 22:17 |
| 180 | 04/25/22 22:17 | WHITE, PATRICIA | ISOLATION | 05/01/22 18:54 |
| 170 | 05/01/22 18:54 | MCADAMS, CLARA L | GENERAL | 11/10/22 09:38 |
| 168 | 11/10/22 09:38 | DECKER, TRACEY | GENERAL | 03/24/23 14:44 |
| 170 | 03/24/23 14:44 | MCADAMS, CLARA L | GENERAL | 01/10/24 00:19 |
| 180 | 01/10/24 00:19 | DUPIN, TAMMY | DISCIPLINARY | 01/12/24 12:10 |
| Assignment Notes: HOARDING MEDS | | | | |
| 170 | 01/12/24 12:10 | DECKER, JOHN | GENERAL | 01/26/24 16:18 |
| 43 | 01/26/24 16:18 | PACE, JASON | GENERAL | 01/26/24 16:26 |
| 42 | 01/26/24 16:26 | PACE, JASON | GENERAL | 01/29/24 12:37 |
| 170 | 01/29/24 12:37 | ROGERS, EDWINA KAY | GENERAL | 04/25/24 12:25 |
| 168 | 04/25/24 12:25 | DECKER, TRACEY | GENERAL | 07/18/24 05:13 |
| 44 | 07/18/24 05:13 | DUPIN, TAMMY | GENERAL | 07/18/24 08:45 |

**Assignments: 17**

**Total Assignments: 17**

# Cell Assignment History By Booking Number
## Name: WILLS, TRISTEN S   Jacket #: 17799

**Booking #: 60940**

**Agency: MEADE COUNTY DETENTION CENTER**

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 44 | 02/10/22 13:37 | BOARD, ASHLEY M | INTAKE | 02/11/22 19:53 |
| 23 | 02/11/22 19:53 | ROGERS, EDWINA KAY | GENERAL | 02/17/22 12:25 |
| 168 | 02/17/22 12:25 | DECKER, TRACEY | GENERAL | 05/09/22 14:52 |
| 168 | 05/17/22 09:11 | BOARD, ASHLEY M | INTAKE | 03/21/23 18:18 |
| 42 | 03/21/23 18:18 | KENEALY, KAITLIN | DISCIPLINARY | 03/22/23 00:31 |
| 168 | 03/22/23 00:31 | CHITWOOD, WALKER | GENERAL | 03/24/23 14:47 |
| 170 | 03/24/23 14:47 | MCADAMS, CLARA L | GENERAL | 05/30/23 07:19 |
| 183 | 05/30/23 07:19 | WEBSTER, REBECCA | DISCIPLINARY | 06/20/23 18:36 |
| 181 | 06/20/23 18:36 | MCADAMS, CLARA L | DISCIPLINARY | 06/21/23 13:42 |
| 186 | 06/21/23 13:42 | BOARD, ASHLEY M | GENERAL | 08/02/23 09:38 |
| 187 | 08/02/23 09:38 | GORDON, ESTELLA MARIE | GENERAL | 08/03/23 12:54 |
| 186 | 08/03/23 12:54 | DECKER, TRACEY | GENERAL | 01/03/24 08:29 |
| 186 | 02/02/24 12:48 | MOORE, JASON | GENERAL | 07/18/24 05:12 |
| 44 | 07/18/24 05:12 | DUPIN, TAMMY | GENERAL | 07/18/24 08:47 |

**Assignments: 14**

**Total Assignments: 14**



**DEFENDANT'S EXHIBIT 6**

## Cell Assignment History By Booking Number
### Name: CLEMANS, DANIEL RAY   Jacket #: 17762

**Booking #: 60880**

**Agency: MEADE COUNTY DETENTION CENTER**

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 01/12/22 16:20 | MATTI, TYLER | INTAKE | 01/15/22 14:43 |
| 23 | 01/15/22 14:43 | DECKER, TRACEY | GENERAL | 01/20/22 17:57 |
| 170 | 01/20/22 17:57 | DECKER, TRACEY | GENERAL | 04/17/22 18:15 |
| 182 | 04/17/22 18:15 | KENEALY, KAITLIN | DISCIPLINARY | 04/20/22 16:43 |

Assignment Notes: writing on concrete at rec (147)

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 183 | 04/20/22 16:43 | KENEALY, KAITLIN | GENERAL | 04/21/22 18:11 |
| 42 | 04/21/22 18:11 | KENEALY, KAITLIN | GENERAL | 04/25/22 22:17 |
| 180 | 04/25/22 22:17 | WHITE, PATRICIA | ISOLATION | 05/01/22 18:54 |
| 170 | 05/01/22 18:54 | MCADAMS, CLARA L | GENERAL | 11/10/22 09:38 |
| 168 | 11/10/22 09:38 | DECKER, TRACEY | GENERAL | 03/24/23 14:44 |
| 170 | 03/24/23 14:44 | MCADAMS, CLARA L | GENERAL | 01/10/24 00:19 |
| 180 | 01/10/24 00:19 | DUPIN, TAMMY | DISCIPLINARY | 01/12/24 12:10 |

Assignment Notes: HOARDING MEDS

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 170 | 01/12/24 12:10 | DECKER, JOHN | GENERAL | 01/26/24 16:18 |
| 43 | 01/26/24 16:18 | PACE, JASON | GENERAL | 01/26/24 16:26 |
| 42 | 01/26/24 16:26 | PACE, JASON | GENERAL | 01/29/24 12:37 |
| 170 | 01/29/24 12:37 | ROGERS, EDWINA KAY | GENERAL | 04/25/24 12:25 |
| 168 | 04/25/24 12:25 | DECKER, TRACEY | GENERAL | 07/18/24 05:13 |
| 44 | 07/18/24 05:13 | DUPIN, TAMMY | GENERAL | 07/18/24 08:45 |

**Assignments: 17**

**Total Assignments: 17**

## Cell Assignment History By Booking Number
## Name:  PETTY, TYLER J   Jacket #: 17148

**Booking #:  60008**

**Agency: MEADE COUNTY DETENTION CENTER**

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 05/21/21 23:34 | WHITE, PATRICIA | INTAKE | 06/04/21 14:34 |
| 170 | 06/04/21 14:34 | ROGERS, EDWINA KAY | GENERAL | 11/30/21 14:18 |
| 139 | 11/30/21 14:18 | BOARD, ASHLEY M | MEDICAL | 12/03/21 14:22 |
| 170 | 12/03/21 14:22 | ROGERS, EDWINA KAY | GENERAL | 12/11/21 19:57 |
| 42 | 12/11/21 19:57 | ROGERS, EDWINA KAY | GENERAL | 12/15/21 09:11 |
| 170 | 12/15/21 09:11 | MCADAMS, CLARA L | GENERAL | 03/24/23 14:47 |
| 168 | 03/24/23 14:47 | MCADAMS, CLARA L | GENERAL | 07/10/23 05:47 |
| 44 | 07/10/23 05:47 | WHITE, PATRICIA | GENERAL | 07/10/23 08:30 |

Assignments: 8

Total Assignments: 8

**DEFENDANT'S EXHIBIT**

**7**

## Cell Assignment History By Booking Number
## Name:  CLEMANS, DANIEL RAY    Jacket #: 17762

### Booking #:  60880

#### Agency: MEADE COUNTY DETENTION CENTER

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 01/12/22 16:20 | MATTI, TYLER | INTAKE | 01/15/22 14:43 |
| 23 | 01/15/22 14:43 | DECKER, TRACEY | GENERAL | 01/20/22 17:57 |
| 170 | 01/20/22 17:57 | DECKER, TRACEY | GENERAL | 04/17/22 18:15 |
| 182 | 04/17/22 18:15 | KENEALY, KAITLIN | DISCIPLINARY | 04/20/22 16:43 |
| Assignment Notes: writing on concrete at rec (147) | | | | |
| 183 | 04/20/22 16:43 | KENEALY, KAITLIN | GENERAL | 04/21/22 18:11 |
| 42 | 04/21/22 18:11 | KENEALY, KAITLIN | GENERAL | 04/25/22 22:17 |
| 180 | 04/25/22 22:17 | WHITE, PATRICIA | ISOLATION | 05/01/22 18:54 |
| 170 | 05/01/22 18:54 | MCADAMS, CLARA L | GENERAL | 11/10/22 09:38 |
| 168 | 11/10/22 09:38 | DECKER, TRACEY | GENERAL | 03/24/23 14:44 |
| 170 | 03/24/23 14:44 | MCADAMS, CLARA L | GENERAL | 01/10/24 00:19 |
| 180 | 01/10/24 00:19 | DUPIN, TAMMY | DISCIPLINARY | 01/12/24 12:10 |
| Assignment Notes: HOARDING MEDS | | | | |
| 170 | 01/12/24 12:10 | DECKER, JOHN | GENERAL | 01/26/24 16:18 |
| 43 | 01/26/24 16:18 | PACE, JASON | GENERAL | 01/26/24 16:26 |
| 42 | 01/26/24 16:26 | PACE, JASON | GENERAL | 01/29/24 12:37 |
| 170 | 01/29/24 12:37 | ROGERS, EDWINA KAY | GENERAL | 04/25/24 12:25 |
| 168 | 04/25/24 12:25 | DECKER, TRACEY | GENERAL | 07/18/24 05:13 |
| 44 | 07/18/24 05:13 | DUPIN, TAMMY | GENERAL | 07/18/24 08:45 |

**Assignments: 17**

**Total Assignments: 17**

## Cell Assignment History By Booking Number
### Name:  ALLEN, DONNIE C   Jacket #: 6963

**Booking #:  62262**

**Agency: MEADE COUNTY DETENTION CENTER**

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 02/02/23 16:50 | ORR, DEREK M | GENERAL | 02/03/23 13:56 |
| 44 | 02/03/23 13:56 | HENDERSON, KYLE | GENERAL | 02/05/23 11:31 |
| 183 | 02/05/23 11:31 | ROGERS, EDWINA KAY | DISCIPLINARY | 02/12/23 12:49 |
| 168 | 02/12/23 12:49 | DECKER, TRACEY | GENERAL | 02/24/23 16:13 |
| 180 | 02/24/23 16:13 | MCADAMS, CLARA L | DISCIPLINARY | 02/27/23 16:14 |
| 170 | 02/27/23 16:14 | ROGERS, EDWINA KAY | GENERAL | 03/07/23 10:15 |
| 170 | 03/08/23 13:18 | MCADAMS, CLARA L | GENERAL | 03/21/23 07:30 |
| 170 | 03/21/23 16:24 | GORDON, ESTELLA MARIE | GENERAL | 03/22/23 07:31 |
| 170 | 03/22/23 07:36 | CHITWOOD, WALKER | INTAKE | 04/26/23 13:20 |
| 139 | 04/26/23 13:20 | BOARD, ASHLEY M | GENERAL | 04/27/23 08:57 |
| 170 | 04/27/23 08:57 | GORDON, ESTELLA MARIE | GENERAL | 05/03/23 07:26 |
| 170 | 05/03/23 17:23 | THOMAS, MICHAEL A | INTAKE | 05/27/23 17:13 |
| 139 | 05/27/23 17:13 | MATTL, TYLER | MEDICAL | 06/07/23 09:09 |
| 139 | 06/07/23 16:57 | ORR, DEREK M | INTAKE | 06/20/23 18:35 |
| 181 | 06/20/23 18:35 | MCADAMS, CLARA L | DISCIPLINARY | 07/03/23 11:26 |
| 42 | 07/03/23 11:26 | ROGERS, EDWINA KAY | DISCIPLINARY | 07/03/23 14:35 |
| 170 | 07/03/23 14:35 | BOARD, ASHLEY M | GENERAL | 07/19/23 07:15 |
| 44 | 07/19/23 07:15 | WHITE, PATRICIA | GENERAL | 07/19/23 07:27 |
| 170 | 07/19/23 17:28 | DECKER, JOHN | GENERAL | 09/05/23 11:04 |
| 44 | 10/19/23 17:41 | CHITWOOD, WALKER | INTAKE | 10/20/23 12:57 |

**Assignments: 20**

**Total Assignments: 20**



DEFENDANT'S
EXHIBIT

**8**

## Cell Assignment History By Booking Number
### Name: CLEMANS, DANIEL RAY   Jacket #: 17762

**Booking #: 60880**

Agency: MEADE COUNTY DETENTION CENTER

| Location (Cell / Bed) | Assign Date/Time | Assigning Officer | Reason For Assignment | Reason Updated Date/Time |
|---|---|---|---|---|
| 139 | 01/12/22 16:20 | MATTI, TYLER | INTAKE | 01/15/22 14:43 |
| 23 | 01/15/22 14:43 | DECKER, TRACEY | GENERAL | 01/20/22 17:57 |
| 170 | 01/20/22 17:57 | DECKER, TRACEY | GENERAL | 04/17/22 18:15 |
| 182 | 04/17/22 18:15 | KENEALY, KAITLIN | DISCIPLINARY | 04/20/22 16:43 |
| Assignment Notes: writing on concrete at rec (147) | | | | |
| 183 | 04/20/22 16:43 | KENEALY, KAITLIN | GENERAL | 04/21/22 18:11 |
| 42 | 04/21/22 18:11 | KENEALY, KAITLIN | GENERAL | 04/25/22 22:17 |
| 180 | 04/25/22 22:17 | WHITE, PATRICIA | ISOLATION | 05/01/22 18:54 |
| 170 | 05/01/22 18:54 | MCADAMS, CLARA L | GENERAL | 11/10/22 09:38 |
| 168 | 11/10/22 09:38 | DECKER, TRACEY | GENERAL | 03/24/23 14:44 |
| 170 | 03/24/23 14:44 | MCADAMS, CLARA L | GENERAL | 01/10/24 00:19 |
| 180 | 01/10/24 00:19 | DUPIN, TAMMY | DISCIPLINARY | 01/12/24 12:10 |
| Assignment Notes: HOARDING MEDS | | | | |
| 170 | 01/12/24 12:10 | DECKER, JOHN | GENERAL | 01/26/24 16:18 |
| 43 | 01/26/24 16:18 | PACE, JASON | GENERAL | 01/26/24 16:26 |
| 42 | 01/26/24 16:26 | PACE, JASON | GENERAL | 01/29/24 12:37 |
| 170 | 01/29/24 12:37 | ROGERS, EDWINA KAY | GENERAL | 04/25/24 12:25 |
| 168 | 04/25/24 12:25 | DECKER, TRACEY | GENERAL | 07/18/24 05:13 |
| 44 | 07/18/24 05:13 | DUPIN, TAMMY | GENERAL | 07/18/24 08:45 |

**Assignments: 17**

**Total Assignments: 17**