# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
### CIVIL ACTION NO. 3:24-CV-0334-JHM

DANIEL CLEMANS            (PLAINTIFF)

v.

J. SCARBOROUGH, *et al.*
(BRANDON FINCH, AMBER BROWN,            (DEFENDANTS)
REBECCA WEBSTER, and MEADE COUNTY)

FILED

JAMES J. VILT, JR. - CLERK

APR 0 6 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

---

## NOTICE

---

Comes now Daniel Clemans ("Plaintiff"), *pro se*, and give sufficient Notice to this court and Defendants' counsel, Plaintiff has been APPROVED for hernia surgery through the Kentucky Department of Corrections / Lee Adjustment Center, as of March 27, 2026. It has been found to be of such "seriousness" and "risk" of further complications, in addition to ongoing worsening non-stop pain and organ-protrusion, that surgery has been approved and scheduled. Needless to say, it is rare for an inmate to be "approved" to go to an outside medical facility for surgery, unless such seriousness and risk is affirmatively determined, as Plaintiff's was via multiple ultrasounds and Medical Examinations.

Additionally, Ms. Horn of Lee Adjustment Center just informed Plaintiff that Defendants' counsel, JUST days ago on "March 26, 2026," had delivered "subpoenas for medical records" to Plaintiff's medical department. This occurred <u>AFTER</u> Plaintiff's "Motion To Strike" due to Defendants' counsel's actions / in-actions to produce such court-ordered discovery, which no doubt would have been used for proof and evidence in Plaintiff's Motion For Summary Judgment. Notably, "pre-trial discovery" was to be completed "**NO LATER THAN December 15, 2025**" (DN 97), yet Defendants' counsel, after being exposed by Plaintiff's Motion To Strike, now seeks to retrieve ORDERED DISOVERY that was ORDERED to be turned over to Plaintiff long before, thus, necessitating Plaintiff's Motion To Strike to be GRANTED.

1

Furthermore, Defendants' counsel diverts from Plaintiff's Mental Health needs, history, and associated claims that caused harm and damages to Plaintiff by the actions / in-actions of Meade County Defendants. Attached is from Lee Adjustment Center Mental Health Department, given to Plaintiff after a meeting with the Psychiatrist, which Plaintiff disclosed in his interrogatory answers he would be providing upon receipt. The documents show mental health conditions, what medical/mental health personnel are required to do, assess and recommend, and harm that comes when neglected.

Lastly, Defendants' mere two-page "Reply Brief" (DN 112), again, makes knowingly-false representations to this court, that Plaintiff "does not respond" to Meade County Defendants' Motion for Summary Judgment. This is clearly false, as Plaintiff filed a Response (served on Defendants as well) specifically addressing each specific "argument" by Defendants. Defendants' further falsely contend that Plaintiff offered no "proof" (DN 112) but Plaintiff attached more than sufficient "proof" in his Motion For Summary Judgment within appendices, AFFIDAVITS of eye-witness accounts, interrogatory responses, and references to the record, all of which was ALSO attached to said Response in order to NOT REPEAT evidence, facts, and already submitted proof.


**WHEREFORE**, Plaintiff gives notice to this Court and Defendants of recent actions directly related to Plaintiff's ongoing Mental Health and Medical needs, all of which Defendants knowingly disregarded while Plaintiff was housed at Meade County's Detention Center for over two years, causing great harm and damages to Plaintiff.

Respectfully Submitted,

Daniel Clemans, Pro Se
Lee Adjustment Center
168 Lee Adjustment Center Dr.
Beattyville, KY 41311

*David Clem*

**CERTIFICATE OF SERVICE**: I hereby certify that a true and exact copy of this NOTICE was sent via U.S. Prepaid Registered Mail, this 31ˢᵗ Day of March, 2026, to this Court and Hon. R. Keith Bond.

*David Clem*

2

Daniel Clemans 333945
L. A. C.
168 Lee Adjustment Center Dr.
Beattyville, KY 41311

FILED
JAMES J. VILT, JR. - CLERK

APR 0 6 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LEE ADJUSTMENT CENTER

MAR 31 2026

MAILROOM

 Legal Mail

United States District Court
CLERK — Louisville Division
Gene Snyder U.S. Courthouse
601 W. Broadway, Room 106
Louisville, KY 40202

Lee Adjustment Center
Correctional Facility
Not Responsible for Contents